## VERIFICATION

STATE OF LOUISIANA      §
                        §
ASCENSION PARISH        §

BEFORE ME, the undersigned notary public, on this day personally appeared Michael Steven Kober, who, after being duly sworn, stated under oath that he the plaintiff in this action, that he has read Plaintiff's Original Complaint for Emergency Injunction Relief and Demand for Jury Trial, and that every factual statement contained in the complaint is within his personal knowledge and is true and correct.

_____
Michael Steven Kober

SUBSCRIBED AND SWORN to before me on this the 11th day of April 2011.

_____
Notary Public, State of Louisiana

SHARON C. TOUPS
LSNID #80637 - NOTARY PUBLIC
STATE OF LOUISIANA
PARISH OF ASCENSION
NOTARIAL COMMISSION IS FOR LIFE!