UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE: HORNSBY |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

The American University of the Caribbean School of Medicine, a Cayman Islands company, is the parent corporation of AUC, N.V.

No publicly held corporation owns 10% or more of the stock of either company.

Respectfully submitted,

/s/ *Edward R. Wicker, Jr.*
_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

And

Hendrik G. Milne (*Pro Hac Vice* Forthcoming)
Joshua D. Poyer (*Pro Hac Vice* Forthcoming)
Renee R. Tischler (*Pro Hac Vice* Forthcoming)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Corporate Disclosure Statement has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of July, 2011.

/s/ *Edward R. Wicker, Jr.*
_____