UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE: HORNSBY |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION FOR ADMISSION *PRO HAC VICE* AS**
**CO-COUNSEL FOR AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC.**

NOW INTO COURT comes Defendant American University of the Caribbean, N.V., Inc. ("AUC") who moves that Hendrik G. Milne be admitted by this Court to act as co-counsel on behalf of American University, and in support of this motion states:

1.  Hendrik G. Milne is licensed to practice law in the State of Florida (admitted December 28, 1981). Currently he is a member in good standing of the State Bar of Florida. Mr. Milne is not under suspension or disbarment by any court, and no criminal charges have been instituted against him. As evidence thereof, an Affidavit and Certificate of Good Standing from The Florida Bar are attached as Exhibits A and B.

1

653422_1

2. Hendrik G. Milne is an attorney with the law firm Aballi Milne Kalil, P.A., 2250 SunTrust International Center, One Southeast Third Avenue, Miami, Florida 33131 (phone: 305-373-6600), (fax: 305-373-7929), (e-mail hmilne@aballi.com).

3. The law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is counsel for American University in the above-captioned matter. By this motion it is requested that the Court admit, *pro hac vice*, Hendrik G. Milne to act as co-counsel for American University.

**WHEREFORE**, Defendant American University of the Caribbean, N.V., Inc. prays that Hendrik G. Milne be admitted *pro hac vice* and enrolled as co-counsel of record in this proceeding.

           Respectfully submitted,
           */s/ Edward R. Wicker, Jr.*

---

Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

And

        Hendrik G. Milne (*Pro Hac Vice* Forthcoming)
        Renee R. Tischler (*Pro Hac Vice* Forthcoming)
        Anna A. Mance (*Pro Hac Vice* Forthcoming)
        ABALLI MILNE KALIL, P.A.
        2250 Suntrust International Center
        One Southeast Third Avenue
        Miami, Florida 33131
        Telephone: (305) 373-6600
        Facsimile: (305) 373-7929

        *Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Application for *Pro Hac Vice* has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 26th day of July, 2011.

        /s/ *Edward R. Wicker, Jr.*
        _____