UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER, | * |
| VERSUS | * CIVIL ACTION NO.: 11-CV-00623 |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * JUDGE: FOOTE |
| | * MAGISTRATE: HORNSBY |

## ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* for Renee R. Tischler for Defendant American University of the Caribbean, N.V., Inc.;

**IT IS ORDERED** that the Motion is hereby granted and that Renee R. Tischler be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this ___ day of July, 2011.

_____
JUDGE

653957_1