UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF RENEE R. TISCHLER

**STATE OF FLORIDA**

**COUNTY OF DADE**

THE AFFIANT, Renee R. Tischler, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6W of the Uniform Local Rules of the United States District Court for the Western District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice*:

1. I desire to appear as counsel *pro hac vice* for Defendant American University of the Caribbean, N.V. ("AUC"), before the United States District Court for the Western District of Louisiana in the matter captioned: *Michael Steven Kober v. Defendant American University of the Caribbean, N.V., Inc.* bearing Civil Action No. 11-CV-00623.

2. I am an attorney at law, admitted to practice in 2006, before the Supreme Court of Florida, the Highest Court in the State of Florida.

1


EXHIBIT A

653951_1

3. I am also admitted to practice before the United States District Court for the Southern District of Florida.

4. I have practiced law continuously since my admission in the State of Florida in 2006, and am currently in good standing of the Bar of the State of Florida.

5. Attached hereto is a Certificate of Good Standing from The Florida Bar.

6. I have never been the subject of a disciplinary proceeding of any nature, nor have criminal charges ever been instituted against me.

7. I currently practice law with the law firm of Aballí Milne Kalil, P.A., and my contact information is as follows:

Renee R. Tischler
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone No.: 305-373-6600
Facsimile No.: 305-373-7929
e-mail: rtsichler@aballi.com

8. The name and address of the member in good standing of the Louisiana Bar who is admitted to practice before the United States District Court for the Western District of Louisiana with whom I am associated in the above-styled action is as follows:

Edward R. Wicker, Jr., 27138
of the law firm of Barrasso, Usdin,
Kupperman Freeman and Sarver, L.L.C.,
909 Poydras Street, Suite 2400,
New Orleans, LA 70112
Telephone No. 504-589-9700
Facsimile No. 504-589-9701

9. I consent to the jurisdiction of the United States District Court for the Western District of Louisiana in all respects as if I were a regularly admitted and licensed member of the

Louisiana Bar and admitted to practice before the United States District Court for the Western District of Louisiana.

_____
RENEE R. TISCHLER

Sworn to and subscribed before me,
This 25th day of July, 2011.

_____
Notary Public

My Commission Expires: 2/28/14



YOLANDA J. MARQUEZ
Notary Public - State of Florida
My Comm. Expires Feb 28, 2014
Commission # DD 963685



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:   26939
Renee Rubinstein Tischler
1 S.E. 3rd Ave., Ste. 2250
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 21, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 13th day of July, 2011.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLCW1:R10



EXHIBIT B