UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.:  11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE:  FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE:  HORNSBY |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* for Hendrik G. Milne for Defendant American University of the Caribbean, N.V., Inc.;

**IT IS ORDERED** that the Motion is hereby granted and that Hendrik G. Milne be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this ⎯28⎯ day of July, 2011.

_____
JUDGE