UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE: FOOTE |
| | * | |
| | * | |
| | * | MAGISTRATE: HORNSBY |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* for Anna A. Mance for Defendant American University of the Caribbean, N.V., Inc.;

**IT IS ORDERED** that the Motion is hereby granted and that Anna A. Mance be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this 28 day of July, 2011.



_____
JUDGE

653958_1