UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER, | * |
| | * |
| VERSUS | * CIVIL ACTION NO.: 11-CV-00623 |
| | * |
| AMERICAN UNIVERSITY OF THE | * |
| CARIBBEAN, N.V., INC. | * JUDGE: STAGG |
| | * |
| | * MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.'S
### LOCAL RULE 7.9W CERTIFICATE

Pursuant to Local Rule 7.9W, counsel for American University of the Caribbean N.V., Inc., certifies that they have asked the plaintiff to consent to a thirty day extension of time to file a response to the petition, and the plaintiff consented.

Respectfully submitted,

/s/ Edward R. Wicker, Jr.
_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701


And


Hendrik G. Milne (admitted *Pro Hac Vice*)
Renee R. Tischler (admitted *Pro Hac Vice*)
Anna A. Mance (admitted *Pro Hac Vice*)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Local Rule 7.9W Certificate has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of August, 2011.

/s/ *Edward R. Wicker, Jr.*
_____

659969_1