UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.:  11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE:  STAGG |
| | * | |
| | * | |
| | * | MAGISTRATE:  HORNSBY |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Second Motion for Extension of Time;

**IT IS ORDERED** that Defendant, American University of the Caribbean N.V.,

Inc., be and hereby is granted a thirty day extension of time up to and including September 14,

2011 within which to answer or otherwise respond to the plaintiff's Petition.

Shreveport, Louisiana, this ___17___ day of August, 2011.



_____
                  J U D G E

*659972_1*

1