UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER, | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO.:  11-CV-00623 |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | |
| CARIBBEAN, N.V., INC. | * | JUDGE:  STAGG |
| | * | |
| | * | |
| | * | MAGISTRATE:  HORNSBY |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S
### MOTION TO DISMISS

Defendant American University of the Caribbean, N.V. ("AUC") respectfully moves pursuant to Rule 12(b)(2), 12(b)(3), 12(b)(6), Federal Rules of Civil Procedure, 28 U.S.C. § 1391 and 28 U.S.C. § 1406(a) for an order dismissing the Complaint of Michael Steven Kober ("Kober").  As set forth in the attached memorandum, the motion should be granted.

Respectfully submitted,

*/s/ Edward R. Wicker, Jr.*
_____
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701

And

Hendrik G. Milne (admitted *Pro Hac Vice*)
Renee R. Tischler (admitted *Pro Hac Vice*)
Anna A. Mance (admitted *Pro Hac Vice*)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida  33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for American University of the Caribbean N.V., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 14th day of September, 2011.

/s/ Edward R. Wicker, Jr.
_____

667910_1