# EXHIBIT "C"



## American University of the Caribbean
### School of Medicine

August 15, 2010

CERTIFIED MAIL# 70072560000123294327

Mr. Michael Kober
241 Pennsylvania Avenue
Shreveport, LA 71105

Dear Mr. Kober,

Our records indicate that you have been reported as AWOL (absent without official leave) for the May 2010 semester. Pursuant to Section 12.8 of the AUC Student Handbook, students who are absent without an approved Official Leave at any time during a term of enrollment will be considered AWOL and will be automatically withdrawn from the register of enrolled students.

Further, you have failed to comply with the conditions of the Official Leaves that were granted to you for the May 2009, September 2009 and January 2010 semesters where you were required to make an attempt to sit for the USMLE Step 1 exam. Pursuant to Section 28.8 of the Student Handbook, any student who is granted an Academic Long Term Official Leave to take USMLE Step 1, Step 2 or one or more NBME Subject Examinations and who does not sit for the stipulated exam(s) during the leave period will be dismissed on academic grounds.

Should you wish to apply for readmission to AUC, you may do so with the understanding that all applications for readmission will be subject to the current conditions for acceptance. There is no guarantee of approval for readmission.

We wish you luck in your future endeavors.

Sincerely,

*Natallia Chong*
Natallia Chong
Director of Clinical Student Affairs

# EXHIBIT "D"



# American University of the Caribbean
## School of Medicine

**AMERICAN UNIVERSITY OF THE CARIBBEAN**
**CLINICAL ROTATION ASSIGNMENT POLICY**

**5TH SEMESTER CLASS: JANUARY 3RD – APRIL 23RD, 2008**

I _Michael S. Kober_ (*print or type name*) agree to apply for the USMLE Step 1 no later than May 4th, 2008, for the eligibility period of, May, June, July and August 2008.

LOA dates are May 5th, 2008 through August 31st, 2008.

Within 8 weeks of ECFMG receiving my application, I will provide a copy of the Prometric/ECFMG confirmation and my ECFMG number to the MEIO/AUC Office of Clinical Student Affairs of my actual test date by fax or e-mail. **I will not extend or delay my test date, after the confirmation is received, without the expressed approval of the MEIO/AUC Office of Clinical Student Affairs.**

**I understand that no clinical schedule will be configured without providing this information.**

By signing below I acknowledge this agreement as policy and understand that failure to comply with this policy may result in administrative action on my file and delay on the assignment of my clinical rotation schedule.

_[signature]_
Signed

_2/13/08_
Dated

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
Civil Action No. 5;11-CV-00623-EEF-MLH

MICHAEL STEVEN KOBER,

    Plaintiff,

v.

AMERICAN UNIVERSITY OF CARIBBEAN,
N.V., INC.,

    Defendant.

_____/

### DECLARATION OF YIFE TIEN

I, Yife Tien, declare under penalties of perjury as follows:

1. I was at all material times the President and Chief Operating Officer of Medical Education Services, Inc. ("MEAS"), the U.S. subsidiary of American University of the Caribbean, N.V. ("AUC"), which operated a medical school on the island of St. Maarten in the Netherlands Antilles. The offices of MEAS are located in Coral Gables, Florida.

2. On August 3, 2011, DeVry Inc., a global provider of educational services, acquired the business operations and substantially all assets of AUC. See press release attached to the Motion to Dismiss as Exhibit "A." DeVry Inc. is, therefore, the current operator of the medical school.

3. The medical school is one of only a handful of international medical schools which issue degrees that are recognized by the United States Department of Education and all 50 states of the U.S.A.

4. I was involved in the management of AUC for almost all of the last thirty years.

5. Over the course of those thirty years, during which the medical school educated many thousands of medical students and produced many thousands of physicians practicing in the United States, I became very familiar with every aspect of the business of medical education. I am, therefore, very familiar with the educational requirements of the medical school.

6. I hereby submit this declaration in support of AUC's motion to dismiss which is made on personal knowledge.

7. To the extent my testimony below contains any expression of opinion, such opinion is based on my first-hand knowledge as aforesaid, and such opinion is submitted within my expertise in regard to the business of medical education.

8. AUC's contacts with Louisiana were extremely limited. A small portion of AUC's students came from Louisiana. However, AUC did not render any services to those students in Louisiana. Instead, those students were educated in St. Maarten by AUC.

9. In their third and fourth years of medical school, AUC's students underwent clinical training at hospitals primarily in the United States. The vast majority of AUC's students underwent their clinical training at teaching hospitals in the Northeastern region of the United States. Very few rotated in Louisiana. For example, in 2010 of the 1,516 core rotations, only 27 were completed in Louisiana. In addition, of the 1,794 elective rotations completed, only 39 took place in Louisiana. Further, this training was conducted by the physicians and staff at the teaching hospitals and was rendered directly to the students without active participation by AUC.

10. Mr. Kober never completed any rotations anywhere, let alone Louisiana.

11. AUC had no other substantive contacts with the state of Louisiana and currently has no contacts with the state of Louisiana as it no longer operates the medical school.

12. Apart from the fact that Mr. Kober is from Louisiana and traveled to St. Maarten for his education, there is nothing between the parties that links this dispute to Louisiana in anyway.

Declared under penalties of perjury this 14th day of September, 2011.

_____
(Yife Tien)