# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.: 11-CS-00623** |
| **AMERICAN UNIVERSITY OF THE** § | |
| **CARIBBEAN N.V., INC.,** § | |
| *Defendant*. § | |
| § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Michael Kober ("Kober") moves for an extension of time up to and including October 12, 2011, within which to respond to the American University of the Caribbean's ("AUC") motion to dismiss. The response was originally due on September 29, 2011. A miscommunication occurred between counsel for Kober causing them to believe the response was not due until October 5, 2011.

Counsel for Kober hereby certifies that there have been no previous extensions of time within which to respond to the motion to dismiss filed in this Court in this action, and that counsel for AUC has consented to this extension of time.

**WHEREFORE**, Kober respectfully moves this Court for an extension of time up to and including October 12, 2011, within which to file a response to AUC's motion to dismiss.

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By: s/ Clinton C. Black

Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone: (318) 747-9636
Facsimile: (318) 747-7679

MULLIN HOARD & BROWN, LLP
Robert R. Bell, TSBN 00787062
John G. Turner, TSBN 20320550
500 S. Taylor, Ste 800
P.O. Box 31656
Amarillo, Texas 79120
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
E-mail: rbell@mhba.com

*Attorney for Plaintiff, Michael Kober*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon AUC's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 3rd day of October, 2011.

s/ Clinton C. Black
Clinton C. Black

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO.: 11-CS-00623** |
| **AMERICAN UNIVERSITY OF THE** § | |
| **CARIBBEAN N.V., INC.,** § | |
| *Defendant*. § | |
| § | |

## **PLAINTIFF'S LOCAL RULE 7.9W CERTIFICATE**

Pursuant to Local Rule 7.9W, counsel for Michael Kober certifies that he has asked counsel for AUC to consent to an extension of time to file a response to the motion to dismiss and that AUC has consented.

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By: s/ Clinton C. Black

Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone:    (318) 747-9636
Facsimile:    (318) 747-7679

MULLIN HOARD & BROWN, LLP
Robert R. Bell, TSBN 00787062
John G. Turner, TSBN 20320550
500 S. Taylor, Ste 800
P.O. Box 31656
Amarillo, Texas 79120
Telephone:    (806) 372-5050
Facsimile:    (806) 372-5086
E-mail: rbell@mhba.com

*Attorney for Plaintiff, Michael Kober*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Local Rule 7.9W Certificate has been served upon AUC's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 3rd day of October, 2011.

                                        s/ Clinton C. Black
                                        Clinton C. Black