IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MICHAEL STEVEN KOBER,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION NO.: 11-CS-00623 | |
| **AMERICAN UNIVERSITY OF THE** § | | |
| **CARIBBEAN N.V., INC.,** § | JUDGE STAGG | |
| *Defendant*. § | | |
| § | MAGISTRATE JUDGE HORNSBY | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time;

**IT IS ORDERED** that Plaintiff, Michael Kober be and hereby is granted an extension of time up to and including October 12, 2011 within which to respond to the Defendant's motion to dismiss.

Shreveport, Louisiana, this __4th__ day of October, 2011.



_____
JUDGE

{2705\00\00389251.DOC / 1}