# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER,** *Plaintiff*, § § § | |
| v. § § | **CIVIL ACTION NO: 11-CS-00623** |
| **AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., INC.,** *Defendant*. § § § § | **JUDGE STAGG** |

## NOTICE OF FILING AMENDED PLEADING AS OF COURSE

PLEASE TAKE NOTICE that on October 4, 2011, Plaintiff Michael Steven Kober filed his *First Amended Complaint for Emergency Injunctive Relief and Demand for Jury Trial*, a copy of which is served and filed with this notice, in the above-entitled court as a matter of course pursuant to Fed. R. Civ. P. 15(a).

Respectfully submitted,

KITCHENS, BENTON, KITCHENS & BLACK

By:___s/ Clinton C. Black_____

Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone:    (318) 747-9636
Facsimile:     (318) 747-7679

MULLIN HOARD & BROWN, LLP
Robert R. Bell, TSBN 00787062
John G. Turner, TSBN 20320550
Richard Biggs, TSBN 24064899
P.O. Box 31656
Amarillo, Texas 79120
Telephone:    (806) 372-5050
Facsimile:     (806) 372-5086
***Attorneys for Plaintiff, Michael Kober***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing of Amended Pleading As Of Course has been served upon AUCSM's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 4th day of October, 2011.

s/ Clinton C. Black
Clinton C. Black
