IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER,<br>*Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO.: 11-CS-00623 |
| AMERICAN UNIVERSITY OF THE<br>CARIBBEAN N.V., INC.,<br>*Defendant*. | § § § § | |

### AFFIDAVIT OF ROBERT R. BELL

**STATE OF TEXAS**

**COUNTY OF POTTER**

THE AFFIANT, Robert R. Bell, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6W of the Uniform Local Rules of the United States District Court for the Western District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice*:

1. I desire to appear as counsel *pro hac vice* for Plaintiff Michael Steven Kober ("Kober"), before the United States District Court for the Western District of Louisiana in the matter captioned: *Michael Steven Kober v. American University of the Caribbean, N.V., Inc.* bearing Civil Action No. 11-CV-00623.

2. I am an attorney at law, admitted to practice in the State of Texas in 1993, before the Supreme Court of Texas, the Highest Court in the State of Texas.

3. I am also admitted to practice before the United States District Court for the Northern District and the Fifth Circuit Court of Appeals.



Affidavit of Robert R. Bell - Page 1
V:\Data\Docs\Legal\2705\00\00390085.DOC

4. I have practiced law continuously since my admission in the State of Texas in 1993, and am currently in good standing of the Bar of the State of Texas. I am also in good standing with the United States District Court for the Northern District of Texas.

5. Attached hereto is a Certificate of Good Standing from the United States District Court for the Northern District of Texas.

6. I have never been the subject of a disciplinary proceeding of any nature, nor have criminal charges ever been instituted against me.

7. I currently practice law with the law firm of Mullin Hoard & Brown, L.L.P., and my contact information is as follows:

> Robert R. Bell
> 500 South Taylor, Suite 800, LB# 213
> Amarillo, Texas, 79101
> Phone: 806-372-5050
> Fax: 806-371-6230
> E-mail: rbell@mhba.com

8. The name and address of the member in good standing of the Louisiana Bar who is admitted to practice before the United States District Court for the Western District of Louisiana with whom I am associated in the above-styled action is as follows:

> Clinton C. Black (TA), Bar Roll # 26604
> Kitchens, Benton, Kitchens & Black
> 2122 Airline Drive, Suite 200
> Bossier City, Louisiana 71111
> Telephone: (318) 747-9636
> Facsimile: (318) 747-7679

9. I consent to the jurisdiction of the United States District Court for the Western District of Louisiana in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar and admitted to practice before the United States District Court for the Western District of Louisiana.

                                                                                                             _____

                                                                                                             Robert R. Bell

Sworn to and subscribed before me,
This 5th day of October, 2011.

_____
Notary Public

My Commission Expires: 4/28/12

[Notary seal: LESLEY STEEN, NOTARY PUBLIC, STATE OF TEXAS, My Commission Expires 04-28-2012]

**Affidavit of Robert R. Bell - Page 3**
V:\Data\Docs\Legal\2705\00\00390085.DOC

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Robert R Bell

Bar Number:  Date of Admission:

**00787062**  **05/08/1994**

Witness my official signature and the seal of this court.

Dated: October 5, 2011

Karen Mitchell,
Clerk of Court

By: Penny Hunton
Deputy Clerk

Fee: $15.00

EXHIBIT
B