IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER,<br>  *Plaintiff*, § § § | |
| v. § § | CIVIL ACTION NO.: 11-CS-00623 |
| AMERICAN UNIVERSITY OF THE § § CARIBBEAN N.V., INC., § §  *Defendant*. § § | JUDGE STAGG<br><br>MAGISTRATE JUDGE HORNSBY |

# ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* for Robert R. Bell for Plaintiff Michael Steven Kober;

**IT IS ORDERED** that the Motion is hereby granted and that Robert R. Bell be and hereby is admitted *pro hac vice* to appear in the United States District Court, Western District of Louisiana, in this matter.

Shreveport, Louisiana this __11__ day of October, 2011.



_____
JUDGE

**Order on Application for Admission *Pro Hac Vice***
{2705\00\00390058.DOC / 1}