UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE: STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | MAGISTRATE: HORNSBY |
| CARIBBEAN, N.V., INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S
*EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF,
DAMAGES AND DEMAND FOR JURY TRIAL**

Defendant, American University of the Caribbean N.V., Inc. ("American University"), without waiving any defenses or objections, hereby moves for a two week extension of time up to and including November 1, 2011, within which to answer or otherwise respond to plaintiff's First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial. The answer would otherwise be due on October 18, 2011. Counsel for American University only recently received the Petition, and needs additional time to investigate the claim and formulate a response.

Counsel for American University hereby certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial filed in this Court in this action, and plaintiff has consented to the two week extension of time.

1

**WHEREFORE**, American University respectfully moves this Court for an extension of time up to and including November 1, 2011, within which to answer or otherwise file responsive pleadings to the First Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial in this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Renee R. Tischler . | /s/ Edward R. Wicker, Jr. |
| Hendrik G. Milne (admitted *Pro Hac Vice*) | Edward R. Wicker, Jr., 27138, T.A. |
| Renee R. Tischler (admitted *Pro Hac Vice*) | BARRASSO USDIN KUPPERMAN |
| Anna A. Mance (admitted *Pro Hac Vice*) | FREEMAN & SARVER, L.L.C. |
| ABALLI MILNE KALIL, P.A. | 909 Poydras Street, Suite 2400 |
| 2250 Suntrust International Center | New Orleans, Louisiana 70112 |
| One Southeast Third Avenue, | Telephone: (504) 589-9700 |
| Miami, Florida 33131 | Facsimile: (504) 589-9701 |
| Telephone: (305) 373-6600 | |

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion For Extension Of Time To Respond To Plaintiff's First Amended Complaint For Injunctive Relief, Damages And Demand For Jury Trial has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 13th day of October, 2011.

*s/ Edward R. Wicker, Jr.*

*675201_1*

2