UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| VERSUS | * | JUDGE: STAGG |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S
### MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant, American University of the Caribbean, N.V. ("AUC"), respectfully moves pursuant to Rule 12(b)(2), 12(b)(3), 12(b)(6), Federal Rules of Civil Procedure, 28 U.S.C. § 1391 and 28 U.S.C. § 1406(a) for an order dismissing the First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial (the "Amended Complaint") of Michael Steven Kober ("Kober"). As set forth in the attached memorandum, the motion should be granted.

Respectfully submitted,

/s/ Edward R. Wicker, Jr.
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

And

        Hendrik G. Milne (admitted *Pro Hac Vice*)
        Renee R. Tischler (admitted *Pro Hac Vice*)
        Anna A. Mance (admitted *Pro Hac Vice*)
        ABALLI MILNE KALIL, P.A.
        2250 Suntrust International Center
        One Southeast Third Avenue
        Miami, Florida 33131
        Telephone: (305) 373-6600
        Facsimile: (305) 373-7929
        *Attorneys for American University of the Caribbean N.V., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 1st day of November, 2011.

        /s/ *Edward R. Wicker, Jr.*

679833_1