# AUC STUDENT HANDBOOK

*(effective date: 1 January 2010)*



## American University of the Caribbean

### SCHOOL OF MEDICINE

St. Maarten Campus

**EXHIBIT A**

American University of the Caribbean                              AUC Student Handbook

# Table of Contents

Institutional Objectives ........................................................................................................ 1
    Institutional Purpose ................................................................................................. 1
    Performance Expectations ......................................................................................... 1
    Clinical Care ............................................................................................................. 2
    Scientific and Scholarly Capability .......................................................................... 3
    Communication.......................................................................................................... 3
    Ethics and Accountability ......................................................................................... 4
    Professional and Personal Development..................................................................... 5
    Society at Large ......................................................................................................... 6
Financial Policies ................................................................................................................. 7
    Registration ............................................................................................................... 7
    Refund of Tuition and Fees........................................................................................ 8
    Return of Title IV Funds............................................................................................ 9
    Official Leave – General Provisions Applicable to All Students ............................... 10
    Official Leave– Basic Medical Sciences ................................................................... 13
    ECFMG Certification ............................................................................................... 14
    Official Leave – Students Taking USMLE Step 1...................................................... 15
    Official Leave - Clinical Students.............................................................................. 18
Academic Policies................................................................................................................. 20
    Student Honor Code.................................................................................................. 20
    Attendance ................................................................................................................ 20
Clinical Scheduling Procedures - Core & Elective ................................................................ 22
    Purpose: .................................................................................................................... 22
    Core Clerkships: ....................................................................................................... 22
    Elective Rotations:..................................................................................................... 23
Academic Performance ........................................................................................................ 25
    Grades ....................................................................................................................... 25
    Student Academic Status Classification .................................................................... 27
    Satisfactory Academic Progress ............................................................................... 28
    Academic Probation.................................................................................................. 29
    Academic Warning ................................................................................................... 30
    Criteria for Dismissal................................................................................................ 30

American University of the Caribbean                                                                 AUC Student Handbook

Learning Disabilities.................................................................................................31

Basic Medical Sciences - Examinations ...................................................................32

Clinical Medical Sciences – Evaluations ..................................................................32

Promotions................................................................................................................34

Requirements for Graduation: M.D. .........................................................................35

Non-Academic Policies ...................................................................................................36

Health Insurance .......................................................................................................37

Random Drug Testing and Criminal Background Checks.........................................37

Anti-Hazing ..............................................................................................................38

Campus Smoke-Free Policy......................................................................................39

Notification of Rights under FERPA ........................................................................39

Policy On Religious Accommodation.............................................................................41

Reason for Policy ......................................................................................................41

Accommodation Policies Concerning Clinical Clerkships........................................42

Procedures to Request a Religious Accommodation .................................................43

Duration of the Granted Religious Accommodation .................................................43

Recognized Religious Holidays.................................................................................43

Time Period to Make-up Exams/Assignments..........................................................44

Religious Accommodation Grievance Procedures ....................................................45

Record Keeping .........................................................................................................45

Electronic Information Resource Usage Policy ..............................................................45

Introduction...............................................................................................................45

Rights........................................................................................................................46

Responsibilities.........................................................................................................46

Privacy and Security .................................................................................................47

Due Process; Complaints and Sanctions...................................................................48

Open Access ..............................................................................................................49

Evolving Policy.........................................................................................................49

AUC E-Mail Policies ......................................................................................................49

AUC Email – Official Communication .....................................................................49

AUC E-mail Acceptable Usage Policy .....................................................................50

Fitness Center Policies....................................................................................................52

Use of Fitness Center ................................................................................................52

Assumption of Risk ..................................................................................................52

Fitness Center Rules & Regulations ................................................................. 53

Strength Room ............................................................................................. 53

General .............................................................................................................. 54

Amendments to Handbook ............................................................................. 54

Effective Date .............................................................................................. 54

Registration by a student is considered an agreement to comply with this Handbook, including the Honor Code, the Technical Standards and any of the University's policies and procedures, rules, regulations or amendments thereto. Students are held responsible for complying with the terms of any revised or updated Handbook from the revision or effective date if specified or otherwise on the date they are first distributed to the student body or published on the University's website (www.aucmed.edu).

## INSTITUTIONAL OBJECTIVES

### Institutional Purpose

1.1    The mission of the American University of the Caribbean is to provide qualified students of diverse backgrounds with an excellent medical education within an atmosphere of academic integrity and scholarship that fosters the highest standards in professional ethics and competence.  The school is dedicated to developing physicians with a lifelong commitment to patient care centered research, public health and community service.

### Performance Expectations

2.1    Faculty have an obligation to ensure, as much as possible, that the educational program in terms of objectives, material presented, teaching and learning settings is conducive to engendering successful medical professionals and that the format and content of evaluation is supportive of students as they strive to fulfill these expectations.

2.2    These performance expectations will assist:

2.2.1    Students in understanding the behaviors and the scope of knowledge, skills, values and attitudes expected of them by the end of medical school; and

2.2.2    Faculty in the development of goals and objectives, in prioritizing and organizing their teaching efforts and in the development of appropriate systems of student evaluation.

2.3    The performance expectations encompass six primary areas of responsibility:

2.3.1    Clinical Care;

2.3.2    Scientific / Scholarly capability;

2.3.3    Communication;

2.3.4    Ethics and Accountability;

2.3.5    Professional and Personal Development; and

2.3.6    Society at large.

2.4    The performance expectations should serve students as a guide and framework in their efforts to master the medical school curriculum.  Students graduating from AUC are expected to perform competently in each of the recognized areas as set out below.

## Clinical Care

3.1    In common and in certain critical situations, the student can independently gather sufficient information through history taking, physical examination and laboratory investigation to:

3.1.1    Identify the patient's health problem(s);

3.1.2    Recognize the probable etiology;

3.1.3    Be able to formulate the interactions of the problem(s) at multiple levels

3.1.3.1 within the individual's structure and function, from the molecular to the whole person (body / mind / spirit) level.

3.1.3.2 externally, at levels of family, community, social, economic or lifestyle activities.

American University of the Caribbean                                    AUC Student Handbook

      3.1.4   Develop, organize and propose a management plan that is appropriate to the problem(s) identified and the probable etiology.

3.2    The student is able to care for patients in a range of settings, in a cost effective and efficient manner, using a patient-centered approach.

3.3    In caring for any patient, the student ensures that the plan for inquiry, examination, investigation and management includes appropriate strategies for health promotion and disease prevention.

## Scientific and Scholarly Capability

4.1    The student uses the scientific method to identify knowledge and skills necessary for the diagnosis, investigation and management in the care of patients.

4.2    The student has the ability to obtain, review and critically assess scientific literature.

4.3    The student demonstrates the ability to make careful and objective observations of clinical phenomena, determine their reliability and distinguish fact from theory.

## Communication

5.1    With patient or authorized representative as provided by HIPPA regulations , the student:

      5.1.1   utilizes a patient-centered approach in interviews: to explore with sensitivity the patient's expectations, worries, fears and beliefs about symptoms of his or her illness experience and to involve the patient actively in planning for treatment, investigation and follow-up.

      5.1.2   demonstrates effective communication skills during data gathering including: attentive listening, open-ended inquiry, responding to feelings with empathy, clarification, transitional statements, and the like.

h:\cy\student\handbook\student handbook 01 10 final.doc                                    Page 3

5.1.3   demonstrates effective communication skills of information sharing including: exploring patient's ideas and views, explaining his or her thought process clearly, encouraging questions, clarifying, negotiating and planning.

5.1.4   sensitively informs patients and care-givers (as appropriate) of treatment options and their relative benefits, limitations and side effects and obtains the patient's consent before implementing treatment.

5.1.5   demonstrates ability to communicate with people with special communication needs, for example: children, older persons, those with impaired hearing and those from other cultures.

5.1.6   demonstrates skills in health promotion and counseling for lifestyle changes.

5.1.7   demonstrates appropriate disclosure of personal information with patients and families.

5.1.8   demonstrates ability to communicate with the patient's family in patient care in data gathering, information sharing and treatment planning.

5.2   The student demonstrates effective communication with other members of the health care team, both orally and in writing.

5.3   The student demonstrates appropriate care and timeliness completing, formatting and structuring typical medical reports.

## Ethics and Accountability

6.1   The student is able to describe ethical principles and processes, is able to define and understand ethical problems and to assist in developing workable solutions.

6.2   The student recognizes professional accountability for all of his or her actions taken on behalf of patients; is clear as to responsibilities to the patient, the care team including other health professionals, the hospital and society in general; will know when to seek advice from more experienced persons; will

understand when and how ethically to initiate, maintain and end patient – physician relationships.

6.3    In caring for the patients, the student:

    6.3.1    always considers first the well-being of the patient, elicits the patient's wishes sensitively and promotes the autonomy of the patient; if the patient is incompetent, the student determines patient wishes from advance directives, proxies or family.

    6.3.2    understands the need for full disclosure, competence of the patient and voluntariness for informed consent and is able to ascertain competence for specific decisions.

    6.3.3    respects the patient's right to confidentiality.

    6.3.4    does not support or assent to practices that violate basic human rights or medical ethics.

6.4    The student recognizes that both the profession of medicine and its members individually must maintain the status of the profession by exercising self-discipline and accountability to society; avoids conflicts of interests such as acceptance of gifts, remuneration or associations with organizations, products which undermine integrity.

6.5    The student maintains physical, mental and spiritual well-being, seeking help as necessary for personal problems, so that he or she can effectively serve patients, the profession and society.

## Professional and Personal Development

7.1    The student is capable of:

    7.1.1    critically evaluating his or her own work;

    7.1.2    self-directed learning;

    7.1.3    information seeking and retrieval; and

    7.1.4    critically reviewing the work of colleagues and providing constructive feedback.

7.2    The student recognizes his or her own strength or limitations in the care of patients and relates these qualities to the roles of other health professionals.

7.3    The student demonstrates an ability to change, to continue to learn and to adapt to the health care and practice requirements of different institutions, communities and cultural environments.

7.4    The student recognizes the potential conflict between professional demands and personal needs and develops strategies for preventing them or dealing with them as they arise.

## Society at Large

8.1    The student is able to integrate the concept that physicians are part of a social system as well as a health care system.

8.2    As part of the health care system, the student demonstrates responsibility as a resource manager through:

    8.2.1   knowledge of the context of health care;

    8.2.2   knowledge of all the determinants of health;

    8.2.3   being willing to play an advocacy role for public health issues;

    8.2.4   a willingness to contribute to the policy-making process;

    8.2.5   awareness of the components and determinants of health care costs; and

    8.2.6   appropriate use of all resources.

# FINANCIAL POLICIES

### Registration

9.1     Students will be required to register for the published curricular course load each semester unless they have dropped or failed a course or have obtained prior written consent from the Dean of Basic Medical Sciences. Such students must register for a full-time course load as determined by the Associate Dean for Academic Affairs. Full-time enrollment constitutes a course load of 10 credit hours or more.

9.2     Basic medical sciences students may only register for less than full time if they have fewer than ten credit hours remaining to complete the basic medical sciences curriculum. Half time enrollment constitutes a course load of 8 or 9 credit hours and is the minimum course load allowed for enrollment at the University.

9.3     No basic medical sciences student may register for more than 21 credit hours per term without the prior consent of the Dean or register for two classes meeting simultaneously.

9.4     All courses required in the first four academic semesters must be successfully completed before students may register for the fifth semester ICM courses.

*Registration Provisions Applicable to all Students:*

9.5     Students are required to register (make payment of tuition, deposits and any fees - including Dormitory Occupation Fees and SGA Fees) on or before the first day of the term. Payment of tuition and fees is considered a financial condition of enrollment. Therefore:

   9.5.1     any basic medical sciences student who registers after 4:00 p.m. of the first day of formal instruction as noted in the Academic Calendar will be charged a $100 late fee;

   9.5.2     any clinical science student who registers after commencement of clinical rotations will be charged a $100 late fee;

9.5.3   any student with a delinquent account will be notified by the second week of the term that he or she must be financially clear by the end of the fourth week of the term; and

9.5.4   any student who fails to fulfill the finance condition (is not financially clear) by the end of the fourth week will be involuntarily withdrawn from enrollment and his or her transcript will reflect a "W" grade for courses undertaken in that term.   The University's standard cancellation and refund policies will apply to the balance of any account due.

9.6   Students are allowed to add an individual course during the first week of the term, when given permission to do so by the appropriate dean.

9.7   Students are allowed to drop an individual course during the first seven weeks of the term so long as he or she will maintain full-time enrollment with the reduced course load and has been given permission to do so by the appropriate dean. No student will be allowed to drop any particular course more than once. Students will be required to enroll for any dropped course the following term of enrollment.

9.8   Any student who is indebted to the University will be required to settle his or her account before receiving diplomas, degrees, official transcripts and other official recognition of work done at the University.  Such debts include, but are not limited to, amounts owed in satisfaction of tuition, loan agreements, fees and charges, food service and occupation of the University's Student Dormitory.  No student may withdraw from enrollment with the University in good standing or graduate from the University unless all financial obligations are paid in full.

## Refund of Tuition and Fees

10.1   Students officially withdrawing from enrollment with the University or taking an Official Leave for the remainder of the term, will be credited for tuition and most refundable fees in accordance with the following schedule:

10.1.1   Before the first day of class: 100%;

    10.1.2  Within the first 10% of the enrollment period: 90%;

    10.1.3  Between the first 10-25% of the enrollment period: 50%; and

    10.1.4  Between the first 25-50% of the enrollment period: 25%.

    10.1.5  The school will exclude from any refund an Administrative Fee of 5% of Tuition and Fees or $100, whichever is less.

10.2    Health Insurance Fees will be refunded 100% if a student officially withdraws from the University within 31 days of the first day of the enrollment period. After that date, health insurance fees are non-refundable.

10.3    The Student Dormitory Occupation Fees and Security Deposit are refundable as set out in the AUC Student Dormitory Regulations.

10.4    Students registering for clinical clerkship programs offered in the State of Florida may cancel their obligation by providing notice of cancellation in writing within three working days of enrollment to receive 100% of tuition and refundable fees.

10.5    AUC will provide any refund due within 30 days from the date notice of withdrawal or an approved Official Leave is timely received by the Medical Education Administrative Services ("MEAS"), 901 Ponce de Leon Blvd, Ste. 700, Coral Gables, FL 33134; fax: (305) 444-6791.

### Return of Title IV Funds

11.1    Effective October 7, 2000 the law specifies how the University must determine the amount of Student Financial Assistance ("SFA") that a student earns if he or she withdraws. The University will calculate the amount of Title IV aid that a student has earned based on a payment period. The student will be obligated for any tuition, fees, books or equipment not covered by Title IV funds.

11.2    The law requires that, when a student officially withdraws or takes an approved Official Leave from the University during a payment period, the amount of SFA program assistance that he or she has earned up to that point is determined by a specific formula. If the student has received (or the University received it on his or her behalf) less assistance than the amount

earned for the payment period, he or she will be able to receive those additional funds. If a student has received more assistance than he or she has earned, the excess funds must be returned.

11.3   The amount of assistance that a student has earned is determined on a pro-rata basis. That is, if 30 percent of the payment period has been completed, the student has earned 30 percent of the assistance that he or she was originally scheduled to receive for the payment period. Once a student has completed more than 60 percent of the payment period, he or she will have earned all of the SFA assistance.

11.4   If a student receives excess funds that must be returned, the University must return a portion of the excess equal to the lesser of:

    11.4.1   the institutional charges (which are prorated for the payment period) multiplied by the unearned percentage of the funds; or

    11.4.2   the entire amount of the excess funds.

11.5   If the school is not required to return all the excess funds, the student must return the remaining amount, even if all of the funds were applied to his or her school account. Any loan funds that the student must return must be repaid in accordance with the terms of the promissory note. That is, the student makes scheduled payments to the holder of the loan over a period of time.


## Official Leave – General Provisions Applicable to All Students

12.1   An Official Leave may only be granted for the reasons set out below. Students should be aware that approval of a request for Official Leave is not automatic and proof of the justification may be required prior to a decision on the request and conditions for return may be imposed.

*Medical*

    12.1.1   An illness or medical condition sufficiently serious as to preclude the student from undertaking normal daily activities (special conditions apply to basic medical sciences students – see clause 13.7).

    12.1.2   If a student requests a medical Official Leave, conditions for return may be imposed. Similarly, under exigent circumstances involving the

health and safety of either the student or others within the university community, the University may place a student on involuntary medical leave with specific conditions that must be met for the student to return.  Such conditions may include, but are not limited to, the student:

12.1.2.1 granting permission, via a signed consent, to allow the University to send the student's treating physician an Island Medical Infrastructure Letter (IMIL) and a description of the circumstances of the medical problem that arose on St. Maarten or relevant clinical site.

12.1.2.2 submitting to the University a letter from the student's treating physician that specifically addresses his or her fitness to return to the stressful environment of a full-time medical student, whether or not continuing care can be provided on St. Maarten or the clinical site, and a preventive plan to avoid the student's relapse.

12.1.2.3 agreeing to an independent medical evaluation if requested by the University, with the understanding that a specific diagnosis or identification of medications will not be disclosed.

12.1.2.4

*Personal*

12.1.3  Tragedy in the immediate family or unexpected financial difficulty, which renders it impossible for the student to continue his or her medical studies.

*Academic*

12.1.4  To study for and take the USMLE Step 1, Step 2, any NBME core exam, or to cover a gap in scheduled clinical rotations.

12.2  The length of an Official Leave may be for less than an entire semester of enrollment (a "Short-Term leave") or, if approved prior to registration, for an entire semester ("a Long-Term leave").

12.3  AUC administration will determine the proper characterization and treatment of an Official Leave request depending on the student's status as either a basic

medical sciences student or clinical student and the timing and length of the request. There are significant financial aid and grading consequences that flow from this determination.

12.4    A student contemplating an Official Leave should consult with a financial aid officer to determine whether his or her student loan status will be affected. Students should be aware that

    12.4.1  taking a short-term Official Leave may adversely impact their Satisfactory Academic Progress and may result in Academic Probation, which may in turn result in loss of financial aid eligibility or dismissal – see clauses 25, 26 and 28.2;

    12.4.2  taking consecutive Official Leave(s) of more than one term in duration may result in their Financial Aid obligations going into repayment status; and

    12.4.3  taking long-term leaves may adversely impact a students ability to complete the medical education program within seven years – see Criteria for Dismissal clause 28.3.

12.5    No Official Leave may be granted for more than one semester time period at a time. A request for a subsequent period of Official Leave must be made by the student and submitted to the appropriate office no later than two weeks prior to expiration of the current period of leave.

12.6    Consecutive Long-Term Official Leaves granted for personal or medical reasons shall not extend beyond two terms. If the student does not return to the University for whatever reason after an absence of two terms, he or she will be withdrawn from the student roll and must reapply to the University for readmission. Students should not assume that they will be readmitted once withdrawn involuntarily.

12.7    Students should be aware that taking an Official Leave does not exempt them from any academic requirements of the University.

12.8    Students who are absent without an approved Official Leave at any time during a term of enrollment will be considered AWOL and will be immediately and automatically withdrawn from the register of enrolled students. Any student who is AWOL during a term may have his or her

course grades for that term recorded as an F. A student who has been AWOL and subsequently withdrawn from enrollment must reapply to the University for readmission. Such a student should not assume that he or she will be readmitted.

## Official Leave– Basic Medical Sciences

13.1    A basic medical sciences student who requests and is granted a long-term Official Leave prior to registration for a semester will be considered to be on an approved long-term Leave of Absence for the purposes of Satisfactory Academic Progress (see clause 25). He or she will not be liable for tuition and fees for that term and will not be eligible to receive financial aid.

13.2    When a student takes an approved long-term Official Leave, the leave term will not count toward his or her maximum time for completion of the academic program as detailed in clause 25. Students contemplating a long term Official Leave Request on personal or medical grounds should note the Criteria for Dismissal at clause 28.3. Such students should also note well clause 12.6.

13.3    The semester in which a student takes a short-term leave will count toward the maximum time for completion of the academic program for the purposes of Satisfactory Academic Progress.

13.4    A basic medical sciences student who is granted an Official Leave at any time after registration will be considered to be on an approved short-term Official Leave for the period specified. Clauses 10 and 11 set out above will apply regarding refunds of tuition and fees. Additionally, the student's course grades for the term will be recorded as a "WP", "WF" or an "I", according to the criteria set out in clauses 23.2.4 and 23.2.5. "W" grades may affect a student's Satisfactory Academic Progress, as described in clause 25, which could result in Academic Probation and Dismissal (clauses 26 and 28). An "I" must be converted to an H, P or F grade during the next term of enrollment as set out in clause 23.2.4.

13.5    The maximum consecutive time period for basic medical sciences students taking Official Leave is two terms. Students who are considering applying for cumulative Official Leaves of a duration exceeding one semester term are advised to refer to clause 12.6.

13.6    Basic medical sciences students are required to submit an Official Leave request on the correct form to the office of the Dean. All requests for Official Leave must be in writing and contain the student's printed name, student number, reason for the request, dates of the proposed leave period and student's signature.

13.7    Special Conditions for a Medical Leave are:

13.7.1  A request for a medical leave must be delivered to the Dean's Office prior to any missed exams;

13.7.2  The medical excuse will be reviewed by the appropriate Dean, and if deemed necessary, a physician of AUC's choice;

13.7.3  Students should not assume that a medical excuse will be granted without review and will be required to provide a signed consent for release of medical records to establish veracity of medical condition; and

13.7.4  Students will not be allowed to take any exam during the time period noted on the medical excuse form.


ECFMG Certification

14.1    The Educational Commission for Foreign Medical Graduates ("ECFMG") is the agency that registers foreign medical students for the purpose of taking the United States Medical Licensing Examination ("USMLE") Steps 1 – 3. Passing USMLE Steps 1 – 3 is a requirement for licensure in the USA. To take the USMLE exams, students must be certified by AUC that they are "officially enrolled" with the school.

14.2    In the summer of 2009 the ECFMG certification form will be updated to provide for student consent authorizing ECFMG to provide examinee-specific USMLE performance data to the school. The data will comprise information

as to whether or not the examinee passed the exam as well as his or her numerical score on the two-digit and three-digit scales.

14.3    AUC has an interest in receiving accurate and timely student performance data for several reasons including accreditation, state approvals & licensure and curriculum evaluation.

14.4    Therefore, from the time that this program is implemented, all students must authorize ECFMG to deliver their examination results to the school in order for AUC to certify them to take any Step of the USMLE.

## Official Leave – Students Taking USMLE Step 1

15.1    Students who have completed the basic medical sciences and intend to take a leave to study and sit for the USMLE Step 1 must submit a completed Official Leave Request Form and required supporting documentation (see below) to the Office of Clinical Student Affairs ("OSCA") at MEAS. Upon receipt, the student's completed Official Leave Request Form and supporting documentation will be forwarded to the appropriate dean (or designee) for review. Students should anticipate that two weeks may be necessary to process a request for Official Leave and should therefore allow sufficient time for approval to be granted to avoid becoming AWOL. The approval or denial of the student's Official Leave Request will be confirmed by email from the OCSA.

15.2    As set out below, the maximum cumulative duration of Academic Official Leave to take the USMLE is three terms.

15.3    A student who has successfully completed the basic medical sciences and intends to submit a first time request for a long-term Academic Official Leave to study or sit for the USMLE must also submit the following documentation with the Official Leave Request Form:

   15.3.1  a signed copy of the Clinical Orientation Form recording his or her agreement to take Step 1 within 4 months of completing the basic sciences; and

15.3.2   a copy of his or her Thompson Prometric final test date confirmation for taking Step 1 within the proposed leave period.

The student's agreement to take Step 1 on or before the date specified will become a condition of the student's Academic Official Leave, if approved. Failure to comply with this condition will result in denial of any further leave request and the student will be subject to dismissal under clause 28.8.

15.4   A student who intends to request a long-term Academic Official Leave for a second consecutive semester to study or sit for the USMLE Step 1 must also submit the following documentation with the Official Leave Request Form at least one month prior to expiration of the current leave period:

15.4.1   a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during the prior Academic Official Leave period;

15.4.2   a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during the prior Academic Official Leave period;

15.4.3   a copy of his or her Thompson Prometric final test date confirmation for taking Step 1 within the proposed leave period;

15.4.4   a detailed action plan with timeline setting out the student's strategy for passing USMLE Step 1; and

15.4.5   an official ECFMG transcript must be provided to the Clinical Department at MEAS prior to expiration of the second leave period, if approved.

The student's compliance with the approved action plan will become a condition of the Academic Official Leave, if granted. Failure to comply with any condition may result in denial of a further leave request and if the student has not taken the USMLE Step 1 exam as agreed, the student will be subject to dismissal under clause 28.8. It is recommended that if the student receives a failing Step 1 score for the second time, he or she enroll in a USMLE Step 1 prep program immediately.

15.5   A student who intends to request a long-term Academic Official Leave for the third consecutive semester to study or sit for the USMLE Step 1 must also

submit the following documentation with the Official Leave Request Form at least one month prior to expiration of the current leave period:

15.5.1   a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during all prior Official Leave periods;

15.5.2   a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during all prior Official Leave periods;

15.5.3   a copy of the receipt for payment for a USMLE Step 1 prep program confirming current or scheduled enrollment during the proposed leave period;

15.5.4   a copy of his or her Thompson Prometric final test date confirmation for Step 1 within the proposed leave period;

15.5.5   any other records confirming compliance with the prior Academic Official Leave action plan;

15.5.6   a further detailed action plan with timeline setting out the student's strategy for passing USMLE Step 1 during the third requested leave period; and

15.5.7   an official ECFMG transcript must be provided to the Clinical Department at MEAS prior to expiration of the third leave period, if approved.

The student's compliance with an approved action plan will become a condition of the Academic Official Leave.  Failure to comply with any condition may result in denial of a further leave request and if the student has not taken the USMLE Step 1 exam as agreed, the student will be subject to dismissal under clause 28.8.

15.6    One month prior to expiration of a third consecutive term of Academic Official Leave a student may request that the CAO (or designee) approve a fourth term of leave, which may only be justified by extraordinary circumstances. In addition to the completed Official Leave Request Form, the student will also be required to provide:

15.6.1   a copy of the USMLE receipt as proof of attendance and completion of each Step 1 exam taken during all prior Academic Official Leave periods;

15.6.2  a copy of the USMLE result sheet, front and back, for each Step 1 exam taken during all prior Academic Official Leave periods;

15.6.3  such other documentation as the CAO may request, and

15.6.4  an official ECFMG transcript must be provided to the Clinical Department at MEAS showing that the student has achieved a score on the USMLE Step 1 of 72 or higher.

15.7  If any student has not reported a passing USMLE Step 1 score by the end of the 3rd term of Academic Official Leave, he or she will be dismissed from the University on academic grounds. Such student will have a right of appeal to the Student Evaluation and Promotions Committee.

15.8  Students who have not passed the USMLE Step 1 and who wish to apply for an Official Leave for medical or personal reasons must submit their completed Official Leave Request Form to MEAS. The maximum cumulative time period for medical or personal leave for students who have not passed USMLE Step 1 is two semesters. The provisions of clause 12.6 apply.

15.9  Students contemplating an Official Leave on personal or medical grounds should note the Criteria for Dismissal at clause 28.3

## Official Leave - Clinical Students

### *Medical & Personal Leave*

16.1  Clinical students who intend to apply for an Official Leave on medical or personal grounds that will conflict with a scheduled rotation must first obtain the written permission of the clerkship Program Director and submit this with their completed Official Leave Request Form to MEAS. Students should note that taking leave during clerkships is discouraged and such leave will not be granted unless it is absolutely necessary for the health and well being of the student. The maximum cumulative time period for medical or personal leave for clinical students is two semesters. Such students should note well clause 12.6.

16.2  Students contemplating an Official Leave on personal or medical grounds should note the Criteria for Dismissal at clause 28.3.

*Academic Leave*

16.3    Clinical students receive Federal Financial Aid based on confirmation of scheduled rotations. If there is a break in the student's scheduled rotations, the clinical student must lodge an Official Leave Request Form in advance, so that his or her current enrollment status may be tracked and reported to federal financial aid authorities.  Therefore, it is essential for all clinical students to request and obtain approval for an Official Leave prior to any break in their rotation schedule.   Any Academic Leave undertaken during clinical years should preferably be short term (less than 16 weeks).   Students will be granted a maximum of two long-term Official Leaves to take and pass all of their NBME Subject Examinations as required by clause 31.4 unless special dispensation has been granted by the CAO or Clinical Dean.

**Transcripts**

17.1    To request an academic transcript of grades and courses, basic medical sciences students should submit a Transcript Request Form to the Registrar's Office. Clinical science students should submit a letter of request to Medical Education Administrative Services, ("MEAS") 901 Ponce de Leon Blvd, Ste. 700, Coral Gables, FL  33134; phone: (305) 446-0600; fax: (305) 444-6791).

17.2    A transcript request will be processed if it is signed, accompanied by the appropriate fee, contains complete information about attendance, enrollment dates, student identification number and if the student is in good financial standing with the University.

    17.2.1  The transcript fee for enrolled students is $10, $15 for graduates and $30 for withdrawn students.

## ACADEMIC POLICIES

### Student Honor Code

18.1   In order to foster an environment conducive to the exchange of information and ideas, all members of the American University of the Caribbean medical school community are expected to conduct themselves according to the standards of the medical profession, University policies, and the laws set forth by the jurisdiction in which they reside.   This Honor Code serves as a charter by which the University governs itself.  Students must uphold the virtues of honesty, fairness and self-discipline in all of their affairs and refrain from biases including, but not limited to, race, ethnicity, sex, age, sexual orientation, disability and religion.   Unethical or unprofessional behaviors breach the AUC Honor Code.  Such behaviors will be assessed and will lead to consequences in accordance with University policies.   Upon registration, students are required to sign and uphold the Honor Code throughout their enrollment at AUC.

18.2   Breaches of the Honor Code will be addressed according to the provisions of the Administrative Review and Grievance Procedures for AUC Students policy. Copies of this document are available from the Registrar's office, MEAS or may be downloaded from AUC's website.

### Attendance

19.1   Students are expected to attend all lectures, conferences, laboratories and clinical clerkship programs on the date those courses and clerkships are scheduled to begin.  No student shall leave the University during the term without a written Official Leave application being approved by the appropriate dean's office.  Each professor or director of a teaching program at

the University has the right to enforce attendance requirements. These shall be minimum requirements for all lectures, conferences, laboratories and clinical rotations.

19.2    Documentation of less than 80% attendance for any clinical rotation may result in a failing grade for the student in that clinical rotation. However, the expectation is that all clinical students will have 100% attendance unless excused secondary to illness or a personal issue. In basic medical sciences courses, once it has been documented that a student has missed more than 20% of the classes comprising any course or, if the course is divided into modules, missing 20% of the classes comprising any module within a course, the course instructor will provide notice in writing that he or she will no longer be eligible to complete any graded assignments or examinations ("Assessments") for the rest of the term in that particular course or module. The grade to be recorded for subsequent Assessments will be a 0 and the final course grade will reflect the average of the completed assignments prior to the attendance deficiency combined with the 0's earned on assignments which the student is not eligible to complete.

19.3    Students repeating a course shall be subject to the same attendance requirements as other students taking it for the first time. This includes the stipulation that students attend a minimum of 80% of the class hours, including lectures, conferences, laboratories, etc. for each module comprising a course.

19.4    Absences as a result of health or other emergencies must be documented and approved by the Dean within 48 hours by a valid proof of the emergency (an "Excused Absence"). Any student who has received an approved Religious Accommodation Request will be granted an Excused Absence accordingly. If an absence is deemed to be unexcused by the appropriate Dean, a grade of zero (F), for any examinations missed shall be recorded. Students are discouraged from making plans to leave the basic medical sciences campus on the day of their last scheduled final exam. If an exam must be postponed or rescheduled by the University for any reason, a student's prior travel plans will not constitute the basis of an Excused Absence.

19.5    Students who miss an examination due to an Excused Absence approved by the Dean must take the next regularly scheduled make-up exam. Make-up mid-term exams are administered prior to final exams and make-up final exams are administered the day prior to registration for the next term. A student that misses a final exam due to an Excused Absence shall receive an "I" grade in accordance with clause 23.2.4.

19.6    The University reserves the right to schedule lectures, laboratory sessions, conferences and examinations at any time and on any day of the week including holidays and weekends.

Students are expected to remain on campus or at their clerkship location until the end of the term or clerkship assignment. Regardless of their time of departure, students are responsible for knowing their academic status at the end of each term.

# CLINICAL SCHEDULING PROCEDURES - CORE & ELECTIVE

### Purpose:

20.1    The following sets out the process that AUC students must follow to obtain core clerkship and elective rotation schedules. These procedures are intended to enhance communication, avoid scheduling problems and increase student satisfaction. Only those student schedules established in accordance with this process will be recognized by OCSA.

### Core Clerkships:

21.1    Upon receipt, student sends front and back of USMLE Step 1 test result report to OCSA by email to Silvia Sanchez at ssanchez@meas.aucmed.edu AND core@meas.aucmed.edu.

21.2    OCSA contacts the student to acknowledge receipt of passing Step 1 score and arrange a core clerkship schedule based on student's preferred region. Students may only undertake core clerkships at affiliated hospitals.

21.3    OCSA schedules the student in available clerkships and notifies Hospital(s) of the assignment by email. This notification is typically undertaken by submitting a roster of assigned students to the Hospital four weeks before a particular intake date. A follow-up roster is submitted two weeks prior to the start date for last minute scheduling of wait-listed students if there are slots at the Hospital unfilled by another medical school.

21.4    No later than four weeks before the clerkship start date, (unless the clerkship was scheduled less than four weeks prior to the start date) OCSA mails student assignment documents to the Hospital by mail, which include:

21.4.1   Letter of Good Standing

21.4.2   Malpractice Insurance Certificate

21.4.3   Student Transcript

21.4.4   Student Immunization Records

21.4.5   Clinical Student Evaluation Form

21.4.6   Rotation Confirmation Form

21.4.7   Background Checks and all other current or documentation that may be required by the hospital site or mandated by third parties.

21.5    The Hospital acknowledges receipt of the student schedule and confirms the clerkship assignment(s) by email.

21.6    OCSA confirms the clinical schedule with the student by email.

21.7    The student acknowledges the confirmed schedule by return email.

21.8    If the student changes the confirmed schedule for any reason with less than 30 days notice, he or she will be charged a fee of $1000 due to inconvenience caused to the hospital and other students.


Elective Rotations:

22.1    Students send OCSA a completed Elective Rotation Request Form by email or fax to: electives@meas.aucmed.edu. This form is available for students to

download from AUC's website at http://www.aucmed.edu/pdf/elective-request-documents/Elective-Request-Form.pdf.

22.2   OCSA confirms whether the requested rotation is available and whether it meets AUC's accreditation standards.  If so, OCSA schedules the student for the requested rotation.  If the rotation does not meet AUC's accreditation standards, OCSA notifies the student.  If the requested slot is not available, OCSA will explore the possibility of an alternative site or date with the student.

22.3   A list of hospitals affiliated for elective rotations is available on the AUC website.  Occasionally an unaffiliated hospital site will require that AUC enter into an affiliation agreement prior to scheduling a student for electives.  In that case the legal department is requested to contact the hospital to enter negotiations for an affiliation.  This process can take several months and an affiliation is not always achieved.  Students should take this time frame into consideration when requesting an Elective Rotation at an unaffiliated hospital.

22.4   AUC requires that Elective Rotations be scheduled at hospitals that participate in or sponsor an ACGME accredited residency program in the subject area of the requested rotation.  Students requesting a Non-Greenbook Elective must submit additional documentation.  An information sheet on this is available from OCSA by email at electives@meas.aucmed.edu.

22.5   OCSA notifies the Hospital of the student schedule by email; this notification is typically undertaken four weeks before the rotation intake date by submitting a roster of assigned students to the Hospital.  A follow-up roster is submitted two weeks prior to the start date for last minute scheduling of wait-listed students if there are slots at the Hospital unfilled by another medical school.

22.6   No later than four weeks before the clerkship start date, (unless the clerkship was scheduled less than four weeks prior to the start date) OCSA sends student assignment documents to the Hospital by mail, which include:

22.6.1   Letter of Good Standing

22.6.2   Malpractice Insurance Certificate

22.6.3   Student Transcript

        22.6.4  Student Immunization Records

        22.6.5  Clinical Student Evaluation Form

        22.6.6  Rotation Confirmation Form

        22.6.7  Background Checks and all other current or documentation that may be required by the hospital site or mandated by third parties.

22.7    After receiving the Hospital's confirmation of the student's assignment for the scheduled rotation(s), OCSA confirms the clinical schedule with the student by email.

22.8    The student acknowledges the confirmed schedule by email.

22.9    If the student changes the confirmed schedule for any reason with less than 30 days notice, he or she will be charged a fee of $1000 due to inconvenience caused to the hospital and other students.

## ACADEMIC PERFORMANCE

### Grades

23.1    AUC's official grading system (for the official transcript) is based on an assessment of "honors", "pass" or "fail". Numeric grades are not reflected on the student transcript.

23.2    Grades shall be calculated and reported as follows:

        23.2.1  H (Honors): Honors shall be given for a score of 90% or higher in a basic medical science course. In clinical sciences, evaluations of above average or superior must be obtained and if the clerkship is a core rotation, a passing grade on the core examination must be achieved.

        23.2.2  P (Pass): Pass shall be given for a score of 70% – 89% in a basic medical sciences course and performance of average or below average in a clinical rotation.

        23.2.3  F (Fail): A Failing grade shall be given for a score of less than 70% in a basic medical science course, a failing evaluation in a clinical rotation

or a failing grade on a core examination. Insufficient attendance as set out in clause 16.1 may also justify a failing grade. A student who is AWOL mid-term will receive an F grade in all courses for which he or she was enrolled at the time. Receipt of an F grade in the basic medical sciences will require the student to repeat the course in the next term of enrollment (if he or she is not dismissed on academic grounds) and it will remain on the student's official transcript. Students will not be allowed to undertake "extra credit" work or "make-up" papers or be given credit for non-academic roles to raise a failing grade to a passing grade.

23.2.4   I (Incomplete): An incomplete for a course can only be assigned if:

23.2.4.1 a student has been absent less than 20% of the course due to one or more approved Excused Absence and as a result has missed the final exam for the course. However, if a student needs a grade of more than 100% on any missed exam to pass the course, then a course grade of F will be assigned. A grade of I in this instance must be converted by completing the course requirements before the beginning of the following term unless otherwise arranged with the Dean. Failure to convert an I grade within the time limitations will result in a change of grade from I to F and the student will have to repeat the course.

23.2.4.2 a student has not satisfied the requirements for certification for USMLE Step 1 as set out in the ICM 6 course syllabus from time to time. Receipt of an I grade in this instance will require the student to take a long-term Official Leave and he or she must convert the I grade by fulfilling the certification requirement by the end of the next term. Failure to do so will result in an "F" grade being recorded for the ICM 6 course and the student will be dismissed from the University on academic grounds. Students receiving such an I grade for the ICM 6

course should contact the Financial Aid department to discuss the effect of this on their loan status.

23.2.5 "WP", "WF" (Withdraw Pass / Fail): Any student who obtains an approved Official Leave from the University prior to the end of the 12th week of classes shall receive a grade of "WP" or "WF" for their courses not completed as of the date of withdrawal. A grade of "WP" is given if a course grade at the time of the LOA is 70% or greater. A grade of "WF" is given if a course grade at the time of the LOA is less than 70%. The student must retake and complete those courses during the next term of enrollment. For the avoidance of doubt, no student may receive a "WP" or "WF" grade for any one course more than once, (unless the student was previously withdrawn for non-payment of tuition and fees as set out in clause 9.5.4). Failure to successfully pass the course by the end of the next term of enrollment will result in an "F" grade.

23.3 Grades of examinations and final grades for courses shall be transmitted to individual students in a manner that ensures anonymity.

## Student Academic Status Classification

24.1 A student's most recent academic status at AUC will be recorded on his or her transcript. AUC recognizes the following academic status classifications:

24.1.1 DL = Dean's List;

24.1.2 GS = Good Standing;

24.1.3 AP = Academic Probation (clause 26);

24.1.4 AW = Academic Warning (clause 27);

24.1.5 PW = Probation Warning (Academic Probation and Academic Warning; and

24.1.6 AD = Academic Dismissal (clause 28).

Satisfactory Academic Progress

25.1    All AUC students must meet the University's policies on Satisfactory Academic Progress ("SAP"), as set out below. This is also a condition of eligibility for a student to apply for Student Financial Assistance ("SFA").

25.2    To assess students' academic progress, the medical school program is divided into increments of Academic Years. An Academic Year comprises two terms. Therefore, the AUC curriculum encompasses one and one-half Academic Years in a calendar year. The maximum time frame for completion of both components of the program of study (the basic medical sciences and the clinical sciences) is a total of 7 Academic Years, or 14 terms of enrollment.

25.3    Basic medical sciences students may take up to 3.5 Academic Years (7 terms of enrollment) to complete the basic medical sciences portion of the medical school curriculum. A student will be considered to have met AUC's standard of satisfactory academic performance if he or she:

25.3.1    has successfully completed a minimum of 30% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the second term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.2    has successfully completed a minimum of 60% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the fourth term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.3    has successfully completed a minimum of 90% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the sixth term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.3.4    has successfully completed a minimum of 100% of the total number of credit hours required to complete the basic medical sciences curriculum by the end of the seventh term of enrollment, while failing fewer than 17 credit hours (including repeated course credit hours).

25.4  Clinical Students may take up to 3.5 Academic Years (7 terms) to complete the clinical clerkship portion of the medical school curriculum. A student will be considered to meet AUC's standard of Satisfactory Academic Performance if he or she:

    25.4.1  has successfully completed a minimum of 22 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the second term of clinical enrollment.

    25.4.2  has successfully completed a minimum of 44 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the fourth term of clinical enrollment.

    25.4.3  has successfully completed a minimum of 66 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the sixth term of clinical enrollment.

    25.4.4  has successfully completed a minimum of 72 weeks of clinical science rotations (while cumulatively failing no more than one rotation) by the end of the seventh term of clinical enrollment.

## Academic Probation

26.1  At a minimum, AUC will evaluate a student's performance at the end of each Academic Year to assess whether he or she has met its standard of Satisfactory Academic Performance ("SAP") as set out above. A student whose performance does not meet that standard will be notified in writing and placed on Academic Probation for the next Academic Year. The student will be eligible for financial aid during the probationary period.

26.2  A student who is on Academic Probation may still be dismissed if he or she fulfills AUC's Criteria for Dismissal as set out in clause 28.1 during the probationary period.

26.3  At the end of the probationary period, the student must be back in SAP or will be subject to dismissal on academic grounds pursuant to clause 28.2 and, if reinstated after appeal, he or she will not be eligible for all financial aid. To reestablish SAP (and financial aid eligibility), a reinstated student must have

met the applicable standards set out in clause 25 within the required time frame.

26.4    Students may appeal a decision regarding their Academic Probation to the Student Evaluation and Promotions Committee in accordance with the policies and procedures notified to them from time to time.

## Academic Warning

27.1    Students who have failed 10 or more credit hours in the basic medical sciences shall receive written notice that they have been placed on Academic Warning, which will remain in effect until they complete the basic medical sciences or are dismissed.

27.2    Students that have been reinstated after successfully appealing an Academic Dismissal shall receive written notice that they have been placed on Academic Warning, which will remain in effect until they complete the basic medical sciences or are dismissed again.

27.3    Students who are accepted to transfer to AUC with advanced standing will be placed on Academic Warning and their academic performance will be reviewed at the end of the first term of enrollment. The notice and terms of such Academic Warning will be stated in the Letter of Admission.

## Criteria for Dismissal

28.1    Basic medical sciences students will be dismissed from the University on academic grounds if they fail a total of 17 or more credit hours, including repeated courses, or if they fail to pass ICM 6 in accordance with the course syllabus.

28.2    Any student who fails to meet SAP after one academic year of probation will be dismissed from the University on academic grounds.

28.3    Any student matriculating in January 2009 or thereafter and who does not graduate within 7 years of matriculating will be dismissed from the University on academic grounds.

28.4    Any basic medical sciences student who fails the same course twice may be dismissed from the University on academic grounds.

28.5    Any student who does not pass USMLE Step 1 in accordance with clause 15 will be dismissed on academic grounds.

28.6    A student who fails one rotation in the clinical clerkship program may be dismissed from the University on academic grounds.

28.7    A student who fails two clinical clerkships *will* be dismissed from the University on academic grounds.

28.8    Any student who is granted an Academic Long Term Official Leave to take USMLE Step 1, Step 2 or one or more NBME Subject Examinations and who does not sit for the stipulated exam(s) during the leave period will be dismissed on academic grounds.

28.9    Any student who exhibits personal characteristics or behavior that is inappropriate for one seeking to become a physician shall be subject to dismissal regardless of academic performance.   The University may summarily remove a student from a course or clinical rotation if his or her conduct could be detrimental or otherwise poses a risk to the student, his or her peers, or the delivery of patient care.  For the avoidance of doubt, the University reserves the right to dismiss a student for either academic or non-academic reasons.

    28.9.1  Students should note that this clause encompasses acts of dishonesty or other failure to comply with the Student Honor Code, set out in clause 18.

28.10   The appropriate Dean renders academic dismissals.  Basic medical sciences students may appeal a dismissal to the Student Evaluation and Promotions Committee.  Clinical students may appeal a dismissal to the CAO or designee.

## Learning Disabilities

29.1    The test accommodation of extended test time (at time plus 1/2) will be offered to those students with Learning Disabilities (as defined by USMLE) who meet the requirements and provide the documents required in the USMLE policy

stated in official USMLE literature and who fill in the AUC questionnaire related to application for accommodations. (A booklet on USMLE required documentation can be applied for from the Test Accommodations Coordinator, ECFMG, 3624 Market Street, Philadelphia, PA). It is the student's responsibility to provide all required documents to AUC as early as possible. The test accommodations will not be offered until the student's documents have been reviewed and approved by the appropriate AUC committee.

## Basic Medical Sciences - Examinations

30.1   The responsible faculty member, with approval of the Dean, shall determine the type, content and frequency of examinations, subject to any University applicable policies in effect at the time.

30.2   Conduct of Examinations

30.2.1   Only students who are eligible to take the examination for credit shall be allowed to take an examination.

30.2.2   Students shall not be permitted to enter the examination room after any student has left the room.

30.2.3   Any student leaving his or her seat during an examination without permission may be deemed to have completed the examination.

30.2.4   A proctor must accompany any student who leaves the examination room during an exam. Permission to leave the examination room will only be granted for emergencies or personal exigent circumstances.

## Clinical Medical Sciences – Evaluations

31.1   Formal written evaluations from clinical clerkships include an assessment of the student's fund of knowledge, clinical skills and professionalism.

31.1.1   An estimate is made of the student's overall performance in the clerkship, degree of human qualities and maturity as a future physician. A descriptive summary of the student's strengths and

weaknesses is encouraged in addition to a specific area grading evaluation.

31.1.2  Each core clerkship director should informally evaluate students after two weeks in a six-week clerkship and after three to four weeks in a twelve-week clerkship. This evaluation need not be written. It is for the purpose of identifying and notifying any student who is having difficulty so he or she has an opportunity to improve his or her performance. An informal evaluation should be done after two weeks in a four week elective. Students who have any doubts about their performance should actively seek such feedback from their supervising clinical faculty early on in the rotation. Clinical students should feel free to consult the clinical coordinators at MEAS and program directors at their clinical hospital site to resolve any issue before it becomes a performance problem.

31.2  Students undertaking core rotations must also take a written NBME examination for each core area after they have completed the clinical rotation. This may require that they travel to the nearest site that administers the NBME exam. All students are expected to sit for the applicable NBME subject exam within 120 days after completing each core rotation. The student must pass the written NBME subject examination to obtain credit for the core rotation. Until the core exam is passed for each core rotation, the student will receive an "I" grade for the clerkship. A student may take the examination a 2nd time if a failing score was obtained on the first attempt. If failed on the 2nd attempt, the student may receive an "F" grade for the rotation and may be required to obtain remedial clinical instruction as directed by the Clinical Dean, which may include repeating the clinical core rotation. A third failure of the written exam or failure of any clinical core rotational evaluation will constitute grounds for academic dismissal.

31.3  Cancellation of a scheduled NBME examination less than thirty days from the examination date will result in the student being charged a $100 penalty charge for re-registration. Students who fail to show up to sit for a scheduled NBME examination will be charged a $100 penalty charge for re-registration.

31.4    All students will be required to have taken and passed all five NBME subject examinations within 120 days after completing core rotations or they will be required to discontinue their elective rotations and take an Academic Long term Official Leave in accordance with clause 16.3.

31.5    Any student who is granted an Academic Long Term Official Leave to take one or more NBME exams and who does not sit for the exams during the leave period will be subject to dismissal on academic grounds pursuant to clause 28.8.

31.6    Students who have not passed the NBME Clinical Subject Examinations in all five core subjects after two Long Term official leaves will be placed on Academic Warning and will be required to consult with the CAO or Clinical Dean to determine how the written core examination failure(s) will be resolved.   Resolution may consist of remedial work that could include repetition of a core clerkship rotation or academic dismissal. All students will be required to pass all of their NBME Subject Examinations before commencing their fourth year rotations.

## Promotions

32.1    In addition to the requirements set out in clause 14 for ECFMG certification, the criteria for certification of an application to take USMLE Step 1 are that a student must complete the basic medical sciences portion of the curriculum with an AUC cumulative GPA greater than or equal to 70%.

32.2    All students are required to pass USMLE Step I before proceeding to clinical rotations.  Please note clause 28.5.

32.3    Students are advised that the basic medical sciences administration may communicate to clinical administrators and / or faculty regarding the special needs of any student commencing clinical rotations.  Students who are considered to have special needs will be notified accordingly.

Requirements for Graduation: M.D.

33.1    To be eligible to receive the M.D. degree, the student must have complied at all times with the Honor Code and have:

      33.1.1   satisfactorily completed the basic medical sciences portion of the curriculum;

      33.1.2   satisfactorily completed all required 72 weeks of clinical rotations;

      33.1.3   passed all NBME Subject Examinations; and

      33.1.4   fulfilled all financial obligations to the University.

33.2    In addition to the above, passing scores on the USMLE Steps 1 and 2 are required as follows:

      33.2.1   students matriculating in the May 2003 term or thereafter must pass the USMLE Step 1 to be eligible to graduate with an M.D. degree.

      33.2.2   students matriculating in the May 2006 term or thereafter must also pass the USMLE Step 2 to be eligible to graduate with an M.D. degree.

33.3    Only students who have successfully completed the medical education program will be allowed to participate in the Graduation Ceremony.

## NON-ACADEMIC POLICIES

### Student Non-Academic Standard of Conduct

34.1    A student enrolling at the AUC assumes an obligation to conduct him or herself in a manner compatible with the University's function as an institution of higher education preparing its students to enter into a profession with high standards of conduct. Each student:

34.1.1  Is expected to make choices and conduct him or herself in a manner that fosters and preserves a safe and secure environment in which students, faculty and staff are able to pursue their academic endeavors without unreasonable risk to their health, safety and wellbeing.

34.1.2  Is expected to practice responsible citizenship and to respect the rights of others.

34.1.3  Is responsible for his or her own actions.

34.1.4  Is responsible for the conduct of his or her guests. All Guests are required to sign in with the Security Services at the gate on arrival at AUC and sign out when leaving. When signing in, each Guest must provide valid photo identification (driver's license or passport) to the Security Services and provide the name of the Occupant whom he or she is visiting. Guests are required to wear their visitor nametag at all times when on campus. No Guests are allowed to attend classes, lectures or labs without prior permission of the professor concerned.

34.2    Failure to uphold University policies, procedures, standards of conduct or violation of the laws of St. Maarten are serious infractions and will result in disciplinary action pursuant to the AUC Administrative Review and Grievance Procedures. The health and safety interests of the academic community will be considered an important factor in any such action.

34.2.1  For the avoidance of doubt: verbal threats, intimidation, stalking - even if this does not result in bodily harm - are grounds for dismissal.

## Health Insurance

35.1   The government of St. Maarten requires all students to obtain locally global health insurance coverage to obtain a student visa.  In addition, AUC's hospital affiliation agreements require students to maintain health insurance coverage during clinical rotations.  Therefore, AUC has negotiated health insurance policies to cover basic medical science students and clinical science students.

35.2   Commencing with the January 2010 term, all students will be automatically enrolled in the relevant AUC health insurance plan unless he or she provides proof of alternate coverage at the time of registration by completing a waiver form and providing a copy of his or her current global health insurance card.

35.3   Effective May 2010, all students will be enrolled in the applicable AUC student health insurance policy when registering for classes each semester.  The only exception will be students rotating for clinical clerkships in the UK for more than six months.  Such will be required to enroll in the health insurance policy upon resumption of US rotations.

35.4   A flat rate health insurance fee will be charged per semester at the time of registration.  Students excepted from AUC's health insurance coverage will receive a credit on their account.

35.5   Although it is not required, it is highly recommended that students maintain health insurance coverage while on long term official leave to avoid a lapse in coverage and potential exclusion for a pre-existing condition when enrolling in the next semester.

35.6   Further information regarding the AUC health insurance policies may be obtained from MEAS at 305-446-0600, ext. 1048.


## Random Drug Testing and Criminal Background Checks

36.1   Students should be aware that most hospitals require criminal background checks prior to scheduling them for clinical rotations.  Additionally, hospitals routinely require students rotating for clinical clerkships to consent to random

drug tests.   Positive reports or results from either of these are likely to result in disciplinary proceedings which may constitute grounds for dismissal.

36.2   Any student that is the subject of disciplinary proceedings while enrolled at the University should expect that a background check may be conducted by the school.  A finding that the student has made a false or misleading statement on his or her application is grounds for dismissal.

## Anti-Hazing

37.1   The University prohibits students and other persons associated with any AUC organization from engaging in any activity that can be described as hazing.

37.2   Hazing shall include but not be limited to any brutality of a physical nature such as whipping, beating, branding, forced calisthenics, exposure to the elements, forced consumption of any food, liquor, drug or other substance or any other forced physical activity which could adversely affect the physical health or safety of the individual and shall include any activity which would subject the individual to extreme mental stress, such as sleep deprivation, forced exclusion from social contact, forced conduct which could result in extreme embarrassment or any other forced activity which could adversely affect the mental health or infringe on the rights of an individual. Any activity as described above upon which initiation or admission into or affiliation with a University organization is directly or indirectly conditional shall be presumed to be a "forced" activity, the willingness of an individual to participate in such an activity notwithstanding.

37.3   The Associate Dean for Student Affairs shall ensure that each registered student organization is informed of this policy and that the organization president and faculty sponsor sign a statement on the organization's term status report that they have been informed and understand the policy.

37.4   Organizations found to have violated this policy shall at a minimum be prohibited from utilizing University facilities for an academic term and at a maximum be required to have the organizational charter revoked and be permanently removed from the campus. Nothing herein shall preclude the

University from taking disciplinary action against individual members participating in any activity considered to be hazing.

## Campus Smoke-Free Policy

38.1   Scientific findings, as summarized by the United States Surgeon General and the Environmental Protection Agency indicate that the simple separation of buildings into "smoking" and "nonsmoking" sections does not do enough to eliminate environmental tobacco smoke.  In light of the health hazards associated with tobacco smoke for smokers and non-smokers alike, the AUC has adopted the following smoke-free policy.

38.2   All buildings, including academic, administrative, dining, residential service and mixed-use facilities and all vehicles, which are owned, operated or leased by the University, will be entirely smoke-free.  The smoke-free policy will apply to all indoor air space, including all common areas and assigned spaces. Smoking is not permitted on the exterior breezeways or within 50 feet of an entrance or window of any building.  Smoking is permitted only in designated smoking areas.  All cigarette butts should be appropriately extinguished and disposed of in a receptacle provided for that purpose.

38.3   Violations of this policy may result in disciplinary actions or terminations pursuant to the University's Administrative Review and Grievance Procedures.  Students who cause damage to University property in violation of the smoking policy will be charged for necessary repairs including refinishing, repainting and reupholstering.

## Notification of Rights under FERPA

The Family Educational Rights and Privacy Act (FERPA) affords students certain rights with respect to their education records. These rights include:

39.1   The right to inspect and review the student's education records within 45 days of the day the University receives a request for access.

39.1.1   A student should submit to the registrar, dean, head of the academic department, or other appropriate official, a written request that identifies the record(s) the student wishes to inspect.

39.1.2   The University official will make arrangements for access and notify the student of the time and place where the records may be inspected.

39.1.3   If the records are not maintained by the University official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

39.2   The right to request the amendment of the student's education records that the student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

39.2.1   A student who wishes to ask the University to amend a record should write the University official responsible for the record, clearly identify the part of the record the student wants changed, and specify why it should be changed.

39.2.2   If the University decides not to amend the record as requested, the University will notify the student in writing of the decision and the student's right to a hearing regarding the request for amendment.

39.2.3   Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

39.3   The right to provide written consent before the University discloses personally identifiable information from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

39.3.1   The University discloses education records without a student's prior written consent under the FERPA exception for disclosure to school officials with legitimate educational interests.

39.3.2   A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted as its agent to provide a service instead of using University employees or officials (such as an attorney, auditor, or collection agent); a person

serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

39.3.3   A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibilities for the University.

39.3.4   Upon request, the University also discloses education records without consent to officials of another school in which a student seeks or intends to enroll.

39.4    The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

> Family Policy Compliance Office
> U.S. Department of Education
> 400 Maryland Avenue, SW
> Washington, DC 20202-5901

# POLICY ON RELIGIOUS ACCOMMODATION

## Reason for Policy

40.1    AUC is committed to diversity and nondiscrimination and recognizes that many religious observances occur on days not designated as University holidays. As such, AUC has provided policies and procedures to accommodate the religious observances of students.

40.2    It is the responsibility of each student to file his or her own Religious Accommodation Request in accordance with the time limits set forth in the "Procedures to Request Religious Accommodation" section. Every effort will be made for approval of such requests but there may be denial if the requested accommodation constitutes an undue hardship for the school or requires a change in the medical education program.

40.3    If a student's religious observance involves an absence from classes or examinations, the absence may be excused on approval of a formal Religious Accommodation Request as set in clause 42.1. A student receiving an Excused Absence on the day of a scheduled exam will be expected to take the next make-up exam administered by the University in accordance with clause 19.4.

40.4    Students should be aware that the approval of a Religious Accommodation Request does not exempt them from the minimum attendance requirements of the University as set out in clauses 19.1 and 19.2.

## Accommodation Policies Concerning Clinical Clerkships

41.1    For students undertaking clerkships, which may include being on call, patient care must always take precedence. Although supervised, third and fourth year medical students have direct patient care responsibilities during clinical clerkships and cannot refuse their clinical responsibility for religious reasons. As set out in clause 19.2, the expectation is that all clinical students will have 100% attendance unless they have obtained an Excused Absence in advance from the Clerkship Director. Clinical students should note that the hospitals, not AUC, have control over clerkship schedules for clinical training. Therefore, approval of a Religious Accommodation Request on the basic medical sciences campus will not ensure that accommodations will be granted during clinical clerkships.

41.2    Similarly, the NBME shelf exams are administered to clinical students only on certain days and at certain clinical training sites. Any request to change the scheduled NBME examinations will be considered to constitute an undue burden for the University. Students seeking a religious accommodation for taking the NMBE exams may expect to travel to a distant testing site if they do not wish to take an NBME exam on the date scheduled at the nearest test center to their clinical training site. Students should note that the time limits for taking the NBME exams as set out in clause 31 will not change for students requesting a religious accommodation.

### Procedures to Request a Religious Accommodation

42.1   The student requesting the religious accommodation must make a formal request to the Associate Dean for Student Affairs within two (2) weeks after matriculating to AUC's basic medical sciences campus. If a student experiences a genuine religious conversion after matriculating to AUC, he or she should contact the Associate Dean for Student Affairs (for basic medical sciences students) or Associate Dean for Clinical Student Affairs (for clinical students) within the first week of the following semester so that a formal request may be made.

42.2   The student requesting a religious accommodation is obligated to cooperate with the University's attempts to accommodate the request. It may be necessary for the University to request the student to provide documentation or other authority to support the need for an accommodation. Further, the University may need to discuss the nature of the religious belief(s), practice(s) and accommodation with the religion's spiritual leader (if applicable) or religious scholars to address the request for a religious accommodation.

### Duration of the Granted Religious Accommodation

43.1   Once an accommodation request is granted, it will constitute an Excused Absence as described in clause 19.4 for all of recognized holidays for the student's particular religion and cover his or her entire course of enrollment in the medical education program.   Therefore, once a student is granted a Religious Accommodation, he or she will be scheduled to take make-up exams for all exams falling on the recognized holidays for the specified religion as described below.

### Recognized Religious Holidays

44.1   As stated on its website and elsewhere in the Student Handbook, AUC reserves the right to schedule classes and exams at any time and on any day of the week.   AUC will endeavor to avoid scheduling exams on certain

recognized high holy days: Christmas, Good Friday, Yom Kippur, Rosh Hashanah, Eid-al-Fitr and Eid-al-Adha. However, this may not be possible in the event of rescheduling due to tropical storms, hurricanes or other occurrences beyond the control of the University resulting in power or internet outages.

44.2    Approval of a Request for Religious Accommodation will excuse a student's absence from classes and / or exams for observance of religious holidays that are recognized on www.world-calendar.com in addition to regular Sabbath days. Students requesting an accommodation for holidays and / or holy days not recognized on www.world-calendar.com should specify exactly what holidays / holy days they observe on the Request for Religious Accommodation and be prepared to demonstrate to the Associate Dean for Student Affairs why they are prevented from fulfilling the regularly scheduled program of education on that day.

## Time Period to Make-up Exams/Assignments

45.1    Granting of a religious accommodation constitutes as an Excused Absence. All students given an Excused Absence, including those granted as religious accommodation, must make up exams and assignments during the regularly scheduled make-up date/time.   Absence from classes or examinations for religious reasons does not relieve students from responsibility for any part of the course work required during the period of absence. With respect to class attendance in the basic sciences, the student still must maintain a minimum of 80% attendance or they will receive an "F" grade.

45.2    Clinical students are expected to maintain 100% attendance (see clause 19.2). The instructor may also appropriately respond if the student fails to satisfactorily complete any alternative assignment or make-up examination. Time limits with respect to taking the NBME exams, as set out in clause 31, should be noted carefully as these will continue to apply whether or not a religious accommodation has been granted (see clause 41.2).

### Religious Accommodation Grievance Procedures

46.1    In those cases where a request for a religious accommodation is denied, the student may request an Administrative Review pursuant to the University's Administrative Review and Grievance Procedures. Where request is made by the student but denied, the Administrative Review process shall be expedited as much as reasonably possible to ensure that a student pursuing a religious accommodation is not unduly disadvantaged by the passage of time.

### Record Keeping

47.1    Materials related to a student's Religious Accommodation Request, including the written request for accommodation and any other document or information, will be treated as confidential except as necessary to give effect to the accommodation granted.

## ELECTRONIC INFORMATION RESOURCE USAGE POLICY

### Introduction

48.1    This policy sets out the rights and responsibilities of students who use the electronic information resources at AUC. This includes the academic and administrative networks, computer systems and labs, online information resources (whether hosted on or off campus), telecommunications systems and all Internet resources accessed through AUC systems – including network bandwidth.

48.2    The electronic information systems at AUC are provided for the purposes of instruction, research, personal development and administration. This policy informs students of the rights they may expect and their responsibilities. This

policy applies to all users of AUC system resources, including those who access these resources from off campus.

## Rights

49.1   The University seeks to provide an environment in which academic usage of electronic information resources has the first priority and in which there is respect for freedom of inquiry and expression; opposition to censorship; privacy and confidentiality; freedom from sexual harassment and protection of intellectual property.   In particular, the same standards and principles of intellectual and academic freedom already supported by the University in other areas extends to material received through the network.   This extends also to publication: the same standards of intellectual and academic freedom developed for faculty and student publication in traditional media are applicable to publication in electronic media.   These standards are set out in the University's Intellectual Property Policy.

49.2   In addition, respect for law, for due process and the presumption of innocence are crucial elements of this environment.

## Responsibilities

50.1   Students are expected to abide by the policies of the University, whose existence makes the use of these electronic information resources available. Every student is also expected to be considerate of the rights of other users, including faculty and staff.   Examples of infringements of these principles may include, but are not limited to the following.

50.1.1   Using the AUC electronic information resources for unauthorized, illegal or criminal purposes.   For clarification, visiting pornographic websites or other urls that are inappropriate with the educational objectives of the University or which pose a risk to the school's systems are not an authorized use of the electronic resources.

50.1.2   Unauthorized use of the electronic information resources for commercial enterprises.

50.1.3   Substantially and willfully interfering with another person's authorized use.

50.1.4   Compromising or attempting to compromise privacy or confidentiality.   In particular, attempts to read another person's electronic mail or other protected files will be treated as a serious violation of these policies.

50.1.5   Modifying or attempting to modify system assets or facilities without authorization, including software or hardware installation.   This includes the use of the AUC system as a staging ground to crack other systems.

50.1.6   Obstructing other users work or access by consuming gratuitously large amounts of system resource (e.g., network bandwidth or printers).   This includes, but is not limited to, downloading large files for non-academic purposes, peer-to-peer networking, game playing or other monopolizing of the electronic information resources for entertainment or personal use.

50.1.7   Accessing accounts and passwords without authorization or allowing unauthorized persons to access the user's authorized account.

50.1.8   Violating copyright or license agreements.

50.2   Individuals using AUC electronic information resources or systems will be held responsible for their own actions and will be subject to applicable laws and AUC policies.

**Privacy and Security**

51.1   AUC network and system administrators are expected to treat the contents of user's electronic files as private and confidential.   However, normal operation and maintenance of the systems requires backup and caching of data and communications, the logging of activity and the monitoring of general usage patterns.   In particular, students should be aware that any AUC electronic

information resources that they are given access to, including computers located in the computer labs, are not intended as a private resource. Therefore any personal use of these resources should be undertaken with that understanding.

51.2   In all matters relating to privacy and security of individual accounts and communications, along with requests for release of information, AUC electronic information resource / computer system users are required to abide by applicable laws and University policies. These generally regard electronic records as private and confidential. However, they allow for examination or disclosure of those records in response to a proper subpoena or court order from external attorneys, police, and/or administrative agencies and in response to on-campus investigations following established University review procedures.

**Due Process; Complaints and Sanctions**

52.1   Violations of the policy stated here are treated like any other AUC policy violation and are governed by the same procedures. Notification of possible violations may be made to the campus Information Technology Services ("ITS") Help Desk at telephone extension 259 or to abuse@aucmed.edu.

52.2   In particular, the person against whom the complaint is made will be presumed innocent until proven otherwise. Nonetheless, though status should not be altered pending action on charges, system administrators are authorized to immediately take actions such as locking accounts when the safety and well-being of students, faculty, staff or property is at risk. As soon as practical, the ITS Director will be contacted to either authorize or suspend an investigation. The means of investigating may include, but not be limited to, monitoring traffic and files, including the contents thereof. The subject will be notified of the investigation, and of his or her rights, including the right to due process, as soon as practical.

52.3   Sanctions for violating this policy can include all regular sanctions (admonition, warning, reprimand, suspension, dismissal, etc.). In addition it can include loss of electronic information resource / computer systems access.

## Open Access

53.1   The University is committed to allowing access to all electronic information resources to all members of its community, free of restrictions such as age or residency status.

## Evolving Policy

54.1   The University's ITS policies are designed to reflect current conditions. As information technology continues to develop and conditions change, we will review our policies accordingly.

54.2   All students will be held accountable for complying with policies notified to them from time to time.

# AUC E-MAIL POLICIES

## AUC Email – Official Communication

55.1   On matriculation, each student is assigned an AUC email account. Official electronic communication from AUC will be delivered to students only via their AUC email account.

55.2   Students are deemed to have received any email send by AUC to an AUC email account. Therefore, it is recommended that students regularly check their AUC email account for important messages from faculty and administration, and to ensure that there is adequate room in account their inbox for messages to be received.

55.3   Any student wishing to report a problem regarding their AUC email account, should send a message to postmaster@aucmed.edu.

## AUC E-mail Acceptable Usage Policy

56.1   This clause establishes operating principles and acceptable use policies as they relate to the students use of the Internet and the email services provided by AUC. Students are expected to conduct themselves according to the standards set out in the AUC Honor Code in general and specifically as set out below.

56.2   Responsibility and Respect - The Internet is a network intended for use by users that act in a mature manner.  The Student recognizes this principle and undertakes at all times to act with respect, courtesy and responsibility, giving due regard to the interests and rights of other Internet user groups. This general guideline carries with it the following specific responsibilities:

56.2.1   Improper Uses - The Student will avoid violation of certain generally accepted guidelines on Internet usage such as restrictions on mass mailings and mass advertisements, pirating or copying of software, mail bombing or other methods of attempting to deny service or access to other users and attempts to violate security.

56.2.2   Compliance with Laws - The Student will ensure that his or her use of the Internet complies with all applicable federal, state and local law and regulation, including but not limited to those principles of law which protect against compromise of copyrights, trade secrets, proprietary information and other intellectual property rights, libel or defamation of character, invasion of privacy, tortuous interference and export of technical or military data to prohibited countries.

56.2.3   Validation of Information - The Student is responsible for validating the integrity of the information and data he or she receives or transmits over the Internet.

56.2.4   Security - The Student is required to protect the security of his or her Internet account and usage. The Student's password should be treated

as private and confidential and not disclosed to or shared with any third parties.

56.2.5  Discretion and Judgment - The Student is expected to use discretion in the treatment and handling of Internet information and data and to take particular care to insure that adult information is not transmitted to juvenile users of the Internet.

56.2.6  Pornography - AUC adheres to U.S. laws and regulations regarding adult-related material of any nature. Students must not publish pornography using AUC's email account.

56.2.7  Net abuse, including but not limited to activities such as using a non-existent email return address on a commercial solicitation, spamming (sending unsolicited advertising to numerous email addresses or newsgroups and/or generating a significantly higher volume of outgoing email than a normal user), allowing spamming by third parties to promote a web site hosted by AUC, trolling (posting outrageous messages to generate numerous responses), mailbombing (sending multiple messages without significant new content to the same user), subscribing someone else to a mailing list without that person's permission, cross-posting articles to an excessive number of newsgroups or attempting without authorization to enter into a secured computer system. AUC reserves the right to determine what constitutes net abuse.

56.2.8  Excessive CPU usages - Students using excessive amounts of CPU processing on any of AUC's servers may have their account suspended on a temporary or permanent basis, at the discretion of AUC.

56.3  Repeated offenders, having been warned of unacceptable email service usage, may be subject to disciplinary proceedings in accordance with AUC's Administrative Review and Grievance Proceedings.

## FITNESS CENTER POLICIES

### Use of Fitness Center

57.1    Use of the Fitness Center is available only during posted hours to currently enrolled students of the University, faculty, staff and such guests as have been approved by the office of the Dean and who have been issued with a temporary identification card ("Users"). Fitness Center Users must have an AUC University Identification Card available at all times for easy verification by University staff.

57.2    Users of the Fitness Center will be expected to comply at all times with any Policies, Rules or Regulations which may be posted from time to time to govern such usage. Use of the Fitness Center is a privilege, not a right. **Failure to comply with terms of usage will result in revocation of this privilege.**

57.3    Fitness Center Users shall be expected to meet a standard of hygiene and cleanliness while attending classes, lectures and examinations suitable for an institution of learning leading to a professional degree.

### Assumption of Risk

58.1    Use of the University's Fitness Center is voluntary. Therefore, users assume responsibility for their own well-being and safety. Users are advised to consult a physician on matters regarding their health status prior to entering the Fitness Center. Users of the Fitness Center attest and verify that they are physically fit to engage in any activity that they undertake.

58.2    In consideration of their use of the Fitness Center, Users shall hold harmless the University, its employees, Board of Trustees or any other person with an interest in or acting on behalf of the University, from all liability for injury to property or person suffered during such use. This is binding upon their heirs, executors and administrators.

## Fitness Center Rules & Regulations

59.1    The following rules have been established to ensure the safety and enjoyment of all Fitness Center users and to preserve the facilities for their intended use. Cooperation of all users is appreciated. Staff have been hired to enforce all Fitness Center rules and all posted regulations. Fitness Center users who notice violations of rules, regulations or policies are asked to bring them to the attention of the staff.

59.2    No bicycles or animals are permitted inside the Fitness Center. Gallon jugs, smoking, smokeless tobacco, alcoholic beverages and gum are not permitted. Beverage containers must have a lid. Turf shoes, cleats, spikes or roller blades must be removed before entering. Spitting, inappropriate language, verbal abuse and fighting will not be tolerated.

59.3    Sweat towels are not provided and Users should bring their own.

59.4    Users are expected to be considerate of others. Time limitations may be posted imposing a limit on the length of workouts or activities during peak hours of usage.

## Strength Room

60.1    Persons must be at least 18 years of age in order to be in the strength room area. Lifters must wear workout clothing, including shirt and shoes; no street clothing allowed. Lifters must re-rack all plates, dumbbells and attachments after each use and wipe off equipment after use. Lifters must not drop or throw weights.

## GENERAL

### Amendments to Handbook

61.1    The provisions of the Student Handbook may be modified, amended or revised from time to time by AUC and any changes will be binding on students from the effective date.

### Effective Date

62.1    The effective date of this Student Handbook is 1 January 2010.