UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE: STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE | * | MAGISTRATE: HORNSBY |
| CARIBBEAN, N.V., INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S**
***EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE REPLY**
**TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE FIRST**
**AMENDED COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES AND**
**DEMAND FOR JURY TRIAL**

Defendant, American University of the Caribbean N.V., Inc. ("AUC"), without waiving any defenses or objections, hereby moves for a fourteen (14) day extension of time up to and including Wednesday, December 7, 2011, within which to file a Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial. The reply would otherwise be due on November 23, 2011, which is the beginning of the Thanksgiving Holidays. Plaintiff has consented to the fourteen (14) day extension of time.

1

**WHEREFORE**, AUC respectfully moves this Court for an extension of time up to and including Wednesday, December 7, 2011, within which to file a Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial in this action.

Respectfully submitted,

/s/ Renee R. Tischler          .
Hendrik G. Milne (admitted *Pro Hac Vice*)
Renee R. Tischler (admitted *Pro Hac Vice*)
Anna A. Mance (admitted *Pro Hac Vice*)
ABALLI MILNE KALIL, P.A.
2250 Suntrust International Center
One Southeast Third Avenue,
Miami, Florida  33131
Telephone: (305) 373-6600

/s/ Edward R. Wicker, Jr.
Edward R. Wicker, Jr., 27138, T.A.
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion For Extension Of Time To Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 16th day of November, 2011.

s/ Edward R. Wicker, Jr.

*682443_1*

2