UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – SHREVEPORT DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KOBER | * | CIVIL ACTION NO.: 11-CV-00623 |
| | * | |
| VERSUS | * | JUDGE: STAGG |
| | * | |
| AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V., INC. | * | MAGISTRATE: HORNSBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.'S SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES AND DEMAND FOR JURY TRIAL

Defendant, American University of the Caribbean N.V., Inc. ("AUC"), without waiving any defenses or objections, hereby moves for an additional extension of time up to and including Tuesday, December 20, 2011, within which to file a Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial. The reply would otherwise be due on December 7, 2011. Plaintiff has consented to the additional extension of time.

WHEREFORE, AUC respectfully moves this Court for an extension of time up to and including Tuesday, December 20, 2011, within which to file a Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial in this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Renee R. Tischler | /s/ Edward R. Wicker, Jr. |
| Hendrik G. Milne (admitted *Pro Hac Vice*) | Edward R. Wicker, Jr., 27138, T.A. |
| Renee R. Tischler (admitted *Pro Hac Vice*) | BARRASSO USDIN KUPPERMAN |
| Anna A. Mance (admitted *Pro Hac Vice*) | FREEMAN & SARVER, L.L.C. |
| ABALLI MILNE KALIL, P.A. | 909 Poydras Street, Suite 2400 |
| 2250 Suntrust International Center | New Orleans, Louisiana 70112 |
| One Southeast Third Avenue, | Telephone: (504) 589-9700 |
| Miami, Florida 33131 | Facsimile: (504) 589-9701 |
| Telephone: (305) 373-6600 | |

*Attorneys for American University of the Caribbean N.V., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second *Ex Parte* Motion For Extension Of Time To Reply to Plaintiff's Opposition to American University of the Caribbean N.V., Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief, Damages, and Demand for Jury Trial has been served upon the plaintiff's counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 1st day of December, 2011.

s/ Edward R. Wicker, Jr.

687516_1