## VERIFICATION

STATE OF LOUISIANA §
§
EAST BATON ROUGE PARISH §

BEFORE ME, the undersigned notary public, on this day personally appeared Michael Steven Kober, who, after being duly sworn, stated under oath that he is the plaintiff in this action, that he has read Plaintiff's Second Amended Complaint for Injunctive Relief, Damages and Demand for Jury Trial, and that every factual statement contained in the complaint is within his personal knowledge and is true and correct.

_____
Michael Steven Kober

SUBSCRIBED AND SWORN to before me on this the 4th day of April 2012.

_____
Notary Public, State of Louisiana

Norma Edelman
ry Public # ...
...missioned for life