

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MICHAEL STEVEN KOBER          CIVIL ACTION NO. 11-cv-0623

VERSUS                         JUDGE STAGG

AMERICAN UNIVERSITY OF         MAGISTRATE JUDGE HORNSBY
CARRIBEAN NV, INC.

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 29) is **granted** as follows: Venue of this action is transferred to the Southern District of Florida based on the connections of Defendant and the claims at issue to Coral Gables, Florida.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___15th___ day of ___June___, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE